Clear Form

**United States District Court**
**District of Massachusetts**

Rosenberg, Douglas                         )
                                           )
                    Plaintiff,             )   CASE NO. _____
                                           )
        vs.                                )   **APPLICATION TO PROCEED**
REDDIT, INC                                )   **IN FORMA PAUPERIS**
                                           )     (Non-prisoner cases only)
                                           )
                    Defendant.             )
_____)

   I, __Douglas Rosenberg_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

   In support of this application, I provide the following information:

1.   Are you presently employed?                           Yes ____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 Jan 31,2022 was last date of Employment

4 from employer: Gross: Approximately $1500 per month, Net Approximately $1300/month

5 2.   Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7   a.   Business, Profession or         Yes ✓ No ___

8        self employment?

9   b.   Income from stocks, bonds,      Yes ___ No ✓

10       or royalties?

11  c.   Rent payments?                  Yes ___ No ✓

12  d.   Pensions, annuities, or         Yes ___ No ✓

13       life insurance payments?

14  e.   Federal or State welfare payments,  Yes ✓ No ___

15       Social Security or other govern-

16       ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19   Social Security - $1,826.00/month

20   $1000 Feb 2023 (Now contractor for last employer)

21 3.   Are you married?                  Yes ___ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.   a.   List amount you contribute to your spouse's support:$ _____

27      b.   List the persons other than your spouse who are dependent upon you for support

28           and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?   Yes ✓  No ____

Estimated Market Value: $ 400,000   Amount of Mortgage: $ _____

6. Do you own an automobile?   Yes ____  No ____

Make Chevrolet   Year 2018   Model Bolt EV

Is it financed? Yes ____  No ✓  If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account?  Yes ____  No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Wells Fargo

20 Montgomery Street San Francisco, CA 94104

Present balance(s):  $ 400

Do you own any cash?  Yes ____  No ✓  Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____  No ✓

_____

8. What are your monthly expenses?

Rent: $ $813.07 (HOA Dues)   Utilities: 300

Food: $ 600   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| See attached Exhibit 1 | $ _____ | $ _____ |
|  | $ _____ | $ _____ |
|  | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

IRS 18,000, Personal Loans: $35,000,  Other loans $70,000

- 3 -

1  _____

2  10.     Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ✔   No ___

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  (filing but not yet received Docket Federal Court Bost)

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  2/22/23                                          *[signature]*

12        DATE                                    SIGNATURE OF APPLICANT

- 4 -

Paypal Credit  $88
Wells Fargo $88
Citi  $738.60
IRS  $200
Capital One $300
BARCLAYCARD   $207.95
GMCARD $91.00
Chase
$813.07 $105.39

$1,826.00