UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG,<br>     Plaintiff,<br><br>     v.<br><br>MASS MUTUAL LIFE INSURANCE<br>CO., et al.,<br>     Defendants. | CIVIL ACTION<br>NO 23-10441-JDG |

**ORDER**
March 2, 2023

DEIN, U.S.M.J.

Plaintiff seeks to file his complaint under seal. However, Plaintiff has not met the requirements to do so  The motion is not accompanied by an affidavit or memorandum of reasons, even though one is required by the Local Rules of this District Court. See D. Mass. R. 7.1(b)(1). Additionally, Plaintiff has not established a basis for sealing the entire complaint. "Decisions on the sealing of judicial documents require a balancing of interests, although the scales tilt decidedly toward transparency." Nat'l Org. for Marriage v. McKee, 649 F.3d 34, 70 (1st Cir. 2011), cert. denied, 565 U.S. 1234 (2012). The moving party must provide "a particular factual demonstration of potential harm." Fed. Trade Comm'n v. Standard Fin. Mgmt. Corp., 830 F.2d 404, 412 (1st Cir. 1987) .  Accordingly, the motion to file under seal is DENIED WITHOUT PREJUDICE. Plaintiff shall have 21 days from the date of this order to resubmit the motion and advise the Court whether he wants to proceed if the complaint is not sealed.

SO ORDERED.

/s/ Judith Gail Dein
Judith Gail Dein
U.S. Magistrate Judge