UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                              :

                Plaintiff,      :    Civil Action
                                                        No. 23-10441-JGD
    v.                                            :

KEITH PATRICK GILL, MML INVESTORS       :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,              :

                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendants MML Investors Services, LLC and Massachusetts Mutual Life Insurance Co. in the above-captioned action. Pursuant to Local Rule 83.5.2(b), the undersigned is authorized to receive all notices in this action.

Dated: March 31, 2023                              Respectfully submitted,
       Boston, Massachusetts

                                                           /s/ James R. Carroll
                                                           James R. Carroll (BBO #554426)
                                                           SKADDEN, ARPS, SLATE,
                                                              MEAGHER & FLOM LLP
                                                          500 Boylston Street
                                                          Boston, Massachusetts 02116
                                                          (617) 573-4800
                                                          james.carroll@skadden.com

                                                          *Counsel for Defendants*
                                                          *MML Investors Services, LLC, and*
                                                          *Massachusetts Mutual Life Insurance Co.*