UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                              :

                Plaintiff,    :    Civil Action
                                                    No. 23-10441-JGD
   v.                                             :

KEITH PATRICK GILL, MML INVESTORS     :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,                  :

                Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendants MML Investors Services, LLC and Massachusetts Mutual Life Insurance Co. in the above-captioned action.

Pursuant to Local Rule 83.5.2(b), James R. Carroll of Skadden, Arps, Slate, Meagher & Flom LLP is authorized to receive all notices in this action.

Dated:  March 31, 2023                    Respectfully submitted,
        Boston, Massachusetts

                                                                /s/ Vasundhara Prasad
                                                                Vasundhara Prasad (BBO #705774)
                                                                SKADDEN, ARPS, SLATE,
                                                                     MEAGHER & FLOM LLP
                                                              500 Boylston Street
                                                              Boston, Massachusetts 02116
                                                              (617) 573-4800
                                                              vasundhara.prasad@skadden.com

                                                              *Counsel for Defendants*
                                                              *MML Investors Services, LLC, and*
                                                              *Massachusetts Mutual Life Insurance Co.*