UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                          :

              Plaintiff,               :     Civil Action
                                                       No. 23-10441-JGD
   v.                                        :

KEITH PATRICK GILL, MML INVESTORS         :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,                :

              Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY'S AND MML INVESTORS SERVICES, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and MML Investors Services, LLC ("MMLIS") state as follows:

       MassMutual is a Massachusetts mutual life insurance company.  It has no parent corporation, and no publicly-traded corporation owns 10% or more of its stock.

       MMLIS is a Massachusetts limited liability company and no publicly held corporation owns 10% or more of its membership interests.

       MassMutual Holding LLC, a Delaware limited liability company, is the sole member of MMLIS.  No publicly held corporation owns 10% or more of the membership interests of MassMutual Holding LLC.

       MassMutual Holding LLC is considered a subsidiary of MassMutual and MMLIS is considered a subsidiary of MassMutual Holding LLC.

Dated: March 31, 2023
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Vasundhara Prasad (BBO #705774)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
vasundhara.prasad@skadden.com

*Counsel for Defendants*
*MML Investors Services, LLC, and*
*Massachusetts Mutual Life Insurance Co.*