UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOUGLAS ROSENBERG, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | NO 23-10441-JGD |
| | ) | |
| v. | ) | |
| | ) | |
| MASS MUTUAL LIFE INSURANCE CO., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION
April 7, 2023

DEIN, U.S.M.J.

On February 23, 2023, Douglas Rosenberg, through counsel, filed a complaint accompanied by a motion to file under seal and an application to proceed *in forma pauperis*.[1]

By Order dated March 2, 2023, the motion to file under seal was denied without prejudice. The order explained that Plaintiff has not established a basis for sealing the entire complaint and that the motion was not accompanied by an affidavit or memorandum or reasons, even though one is required by the Local Rules of this District Court. Plaintiff was granted 21 days to resubmit the motion and advise the Court whether he wants to proceed if the complaint is not sealed.

Plaintiff failed to respond to the Court's March 2, 2023 Order and the time to do so has expired. Plaintiff has filed nothing since the issuance of the March 2, 2023 Order. It is a long-

---

[1] The Court notes that the case caption on the application to proceed *in forma pauperis* identifies Reddit, Inc. as the sole defendant. However, Reddit, Inc. is not listed as defendant in the complaint.

established principle that the court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the court's orders. Accordingly, for the failure to comply with the March 2, 2023 order, the court will order this case reassigned to a district judge and recommend dismissal without prejudice.

ORDER FOR REASSIGNMENT

Because Plaintiff has not responded to the Court's order, and for the reasons stated in that Order, this action should not be permitted to proceed without further clarification from Plaintiff. Therefore, this court will direct the case to be returned to the Clerk's Office for REASSIGNMENT to a District Judge for further proceedings.

RECOMMENDATION TO THE DISTRICT JUDGE

Because Plaintiff failed to respond to the Court's Order, and for the reasons stated in that Order, this Court RECOMMENDS to the District Judge to whom this case is reassigned, that this action be dismissed without prejudice.

NOTICE OF RIGHT TO OBJECT

Plaintiff is hereby advised that under the provisions of Fed. R. Civ. P. 72 any party who objects to these proposed findings and recommendations must file a written objection thereto with the Clerk of this Court within 14 days after being served with this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with this Rule shall preclude further appellate review. See Keating v. Sec'y of Health & Human Servs., 848 F.2d 271, 275 (1st Cir. 1988); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford


Motor Co., 616 F.2d 603, 604-05 (1st Cir. 1980); United States v. Vega, 678 F.2d 376, 378-79 (1st Cir. 1982); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); see also Thomas v. Arn, 474 U.S. 140, 153-54, 106 S. Ct. 466, 474, 88 L. Ed. 2d 435 (1985). Accord Phinney v. Wentworth Douglas Hosp., 199 F.3d 1, 3-4 (1st Cir. 1999); Henley Drilling Co. v. McGee, 36 F.3d 143, 150-51 (1st Cir. 1994); Santiago v. Canon U.S.A., Inc., 138 F.3d 1, 4 (1st Cir. 1998).

SO ORDERED.

 /s/ Judith Gail Dein
Judith Gail Dein
U.S. Magistrate Judge