UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 23-10441-FDS |
| ) | |
| MASS MUTUAL LIFE INSURANCE ) | |
| CO., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**SAYLOR, C.J.**

Plaintiff Douglas Rosenberg, through counsel, initiated this action on February 23, 2023, by filing a complaint, a motion to file under seal, and an application to proceed *in forma pauperis*. The case was randomly assigned to a Magistrate Judge pursuant to the District Court's Program for Random Assignment of Civil Cases to Magistrate Judges. In the absence of a consent to proceeding before the Magistrate Judge, that initial assignment is treated as a referral under 28 U.S.C. § 636(b).

On March 2, 2023, the motion to seal was denied without prejudice and plaintiff was granted 21 days to resubmit the motion and advise the court whether he wanted to proceed if the complaint is not sealed.

On April 7, 2023, the Magistrate Judge issued an Order for Reassignment and Report and Recommendation recommending that the action be dismissed without prejudice because plaintiff failed to respond to the March 2, 2023 Order. Objections to the Report and Recommendation were due by April 21, 2023. Plaintiff has not filed an objection to the Report and

Recommendation and the time to do so has expired. After a review of the Report and Recommendation, the Court agrees with its conclusions.

Accordingly, it is hereby Ordered that:

1. The Report and Recommendation is ADOPTED in its entirety; and

2. This action is DISMISSED without prejudice for plaintiff's failure to prosecute this action and his failure to follow an order of the court.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated:  April 28, 2023