UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> MASS MUTUAL LIFE INSURANCE ) </br> CO., et al., ) </br> ) </br> Defendants. ) </br> ) | Civil Action No. </br> 23-10441-FDS |

## ORDER OF DISMISSAL

**SAYLOR, C.J.**

For the reasons stated in the Order dated April 28, 2023, this action is dismissed without prejudice.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 04/28/2023             By /s/ Matthew McKillop
                              Deputy Clerk