United States District Court

District of Massachusetts

| | |
|---|---|
| Douglas Rosenberg,<br>Plaintiff,<br><br>v.<br><br>Mass Mutual Life Insurance Co.<br>Defendant, | Case No. 1:23-cv-10441-FDS |

**PLAINTIFF'S MOTION TO REINSTATE CASE TO THE ACTIVE TRIAL LIST**

      Now comes the Plaintiff, Douglas Rosenberg, in the above-entitled matter and said Plaintiff hereby references the April 28, 2023 order of this court dismissing same due to the Plaintiff's failure to indicate whether if he is willing to withdraw his motion to proceed with the case under seal. Plaintiff apologizes to the court for not complying with the previous court order and advises the court that he is willing to proceed without the case being under seal.

      Plaintiff further advises this court that the reason he did not comply with the previous order is that his attorney, Robert D. Loventhal, has been ill since late March of this year with various medical issues and has been hospitalized four times during this period. Plaintiff further states that he intends to proceed with this matter in good faith.

      Wherefore, the Plaintiff, Douglas Rosenberg, moves that this case be reinstated to the active trial list.

      The Plaintiff,
      Douglas Rosenberg
      By and through his attorney

      _____
      Robert D. Loventhal, Esq.

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2023, a copy of the foregoing was served upon all parties or their counsel of record via email to:

*James R. Carroll*

*James.Carroll@skadden.com*

*Vasundhara Prasad*

*vasundhara.prasad@skadden.com*

_____

Robert D. Loventhal