United States District Court

District of Massachusetts

| | | |
|---|---|---|
| Douglas Rosenberg<br>Plaintiff<br>v.<br><br>Mass Mutual Life Insurance Co., et al.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:23-cv-10441-FDS |

**STIPULATION OF THE PARTIES OF ACCEPTANCE OF SERVICE BY DEFENDANTS
MASS MUTUAL LIFE INSURANCE CO. AND MML INVESTORS SERVICES, LLC
AND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Now comes Plaintiff Douglas Rosenberg ("Plaintiff") and Defendants Massachusetts Mutual Life Insurance Co. and MML Investors Services, LLC ("Defendants") (together with Plaintiff, the "Parties") in the above-entitled matter and they hereby stipulate and agree that Defendants will accept service of Plaintiff's complaint and summons, copies of which are attached hereto.

The Parties further stipulate and agree that, subject to Court approval, Defendants shall have to and until June 15, 2023, to move, answer or otherwise respond to Plaintiff's complaint.

The Plaintiff
Douglas Rosenberg

*Robert D. Loventhal*
_____
Robert D. Loventhal, Esq.
145 Morris Lane
Unit D   101
Lake Forest Illinois 60045
Telephone (617)5018285
Email:RDLLAW99@aol.com

The Defendants
Massachusetts Mutual Life Insurance Co.
and MML Investors Services, LLC

*James R. Carroll*
_____
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
617-573-4800
Email: James.Carroll@skadden.com

APPROVED AND SO ORDERED:

Dated: 5/15/2023

_____
F. Dennis Saylor IV
Chief Judge, United States District Court