United States District Court

District of Massachusetts

| | |
|---|---|
| Douglas Rosenberg,<br>Plaintiff,<br><br>v.<br><br>Mass Mutual Life Insurance Co.<br>Defendant, | Case No. 1:23-cv-10441-FDS |

**NOTICE OF WITHDRAWL**

    Now comes Robert D. Loventhal in the above-entitled matter and he hereby notices his withdrawal as counsel for Douglas Rosenberg pursuant to local rule 85.2.3(d) of the United States District Court for the District of Massachusetts.

    Pursuant to said rule there are no motions or other events pending at this time.

The Plaintiff,
Douglas Rosenberg
By and through his attorney

_____
Robert D. Loventhal, Esq.

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2023, a copy of the foregoing was served upon all parties or their counsel of record via electronic mail to:

James R. Carroll

James.Carroll@skadden.com

Vasundhara Prasad

vasundhara.prasad@skadden.com

Douglas Rosenberg

rosenbergdouglas@gmail.com

_____

Robert D. Loventhal