UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                                  :

              Plaintiff,          :   Civil Action
                                  No. 23-10441-FDS
    v.                                       :
                                      **ORAL ARGUMENT REQUESTED**

KEITH PATRICK GILL, MML INVESTORS         :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,                :

             Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MASSMUTUAL DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and MML Investors Services, LLC ("MMLIS") (collectively, the "MassMutual Defendants") hereby move this Court to dismiss the Complaint (ECF No. 1) filed by Plaintiff Douglas Rosenberg ("Plaintiff") with prejudice. The grounds for this motion are set forth in the MassMutual Defendants' memorandum of law and transmittal declaration submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the MassMutual Defendants respectfully request oral argument on this motion.

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that counsel for the MassMutual Defendants has made reasonable efforts to confer with counsel for Plaintiff, Robert D. Loventhal, in a good faith attempt to resolve or narrow the issues in this motion. However, as of this time, counsel for Plaintiff has not responded to counsel for MassMutual Defendants' request to confer.

Counsel for the MassMutual Defendants note that counsel for Plaintiff filed a Notice of Withdrawal (ECF No. 21) on June 12, 2023. However, successor counsel has not yet appeared nor has the Court provided leave for the withdrawal under Local Rule 83.5.2(c). As of the filing of this motion, the docket continues to reflect Mr. Loventhal as counsel for Plaintiff.

Dated: June 15, 2023                                       /s/ Vasundhara Prasad
                                                                      Vasundhara Prasad

Dated: June 15, 2023                                Respectfully submitted,
      Boston, Massachusetts

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Vasundhara Prasad (BBO #705774)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
vasundhara.prasad@skadden.com

Counsel for Defendants
Massachusetts Mutual Life Insurance Co. and
MML Investors Services, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 15, 2023.  I further certify that on June 15, 2023, this document was served via electronic mail and U.S. mail, postage prepaid to:

Robert D. Loventhal
15 Hammersmith Road
Ste Unit 13
Newport, RI 02840
(617) 501-8285
Email: rdllaw99@aol.com

Counsel for Plaintiff Douglas Rosenberg


Dated:   June 15, 2023                                /s/ James R. Carroll
      James R. Carroll

3