UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                          :

               Plaintiff,      :   Civil Action
                                      No. 23-10441-FDS
   v.                                       :

KEITH PATRICK GILL, MML INVESTORS        :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,               :

              Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF
VASUNDHARA PRASAD IN SUPPORT OF THE
MASSMUTUAL DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

    I, VASUNDHARA PRASAD, pursuant to 28 U.S.C. § 1746, declare and state as follows:

    1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court, and an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Massachusetts Mutual Life Insurance Co. and MML Investors Services, LLC (collectively, the "MassMutual Defendants") in the above-captioned action.

    2. I make this Declaration in support of the MassMutual Defendants' Motion To Dismiss The Complaint and for the purpose of transmitting to the Court true and correct copies of the following documents:

    1. *Game Stopped? Who Wins and Loses When Short Sellers, Social Media, and Retail Investors Collide: Hearing Before the H. Comm. on Fin. Servs.*, 117 Cong. (2021) (testimony of Keith Patrick Gill)

    2. Complaint, *Iovin v. Gill et al.*, No. 3:21-cv-10264-MGM (D. Mass. filed Feb. 16, 2021), ECF No. 1

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 15, 2023 in Boston, Massachusetts.

/s/ Vasundhara Prasad
Vasundhara Prasad (BBO #705774)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
vasundhara.prasad@skadden.com

Counsel for Defendants
Massachusetts Mutual Life Insurance Co. and
MML Investors Services, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 15, 2023.  I further certify that on June 15, 2023, this document was served via electronic mail and U.S. mail, postage prepaid to:

Robert D. Loventhal
15 Hammersmith Road
Ste Unit 13
Newport, RI 02840
(617) 501-8285
Email: rdllaw99@aol.com

Counsel for Plaintiff Douglas Rosenberg

Dated:   June 15, 2023             /s/ James R. Carroll
                                                         James R. Carroll