UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                             :

                 Plaintiff,     :    Civil Action
                                      No. 23-10441-FDS
    v.                                         :

KEITH PATRICK GILL, MML INVESTORS            :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,                   :

                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION TO EXTEND
PLAINTIFF'S TIME TO RESPOND TO THE
<u>MASSMUTUAL DEFENDANTS' MOTION TO DISMISS</u>**

Plaintiff Douglas Rosenberg ("Plaintiff") and Defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and MML Investors Services, LLC ("MMLIS") (collectively, the "MassMutual Defendants," and together with Plaintiff, the "Parties") jointly submit this motion to extend the time for Plaintiff to respond to the MassMutual Defendants' Motion to Dismiss (ECF Nos. 22-24) by sixty (60) days from June 29, 2023 to August 28, 2023.

As grounds for this joint motion, the Parties state as follows:

1. On February 23, 2023, Plaintiff filed this action in this Court, along with a motion to seal and a motion to proceed in forma pauperis (ECF Nos. 1-3).

2. On March 2, 2023, Magistrate Judge Judith G. Dein denied without prejudice Plaintiff's motion to seal and granted Plaintiff twenty-one (21) days from the date of that order to resubmit the motion and advise the Court whether he wants to proceed if the complaint is not sealed (ECF No. 6).

3. On April 7, 2023, Magistrate Judge Judith G. Dein issued an order for reassignment and report and recommendation, directing the Clerk's Office for reassignment to a District Judge for further proceedings and recommending that this action be dismissed without prejudice because Plaintiff failed to respond to the Court's March 2, 2023 Order (ECF No. 10).

4. On April 7, 2023, this action was assigned to Chief Judge F. Dennis Saylor, IV who dismissed this action without prejudice (ECF No. 13).

5. On May 1, 2023, Plaintiff filed a motion to reopen the case, which was granted by this Court on May 9, 2023 (ECF No. 15).

6. On May 10, 2023, Plaintiff and the MassMutual Defendants filed a joint stipulation regarding service of process and motion to extend the MassMutual Defendants' time to move, answer, or otherwise respond to Plaintiff's Complaint until June 15, 2023 (ECF No. 19) which the Court granted on May 16, 2023 (ECF No. 20).

7. On June 12, 2023, Plaintiff's counsel, Robert D. Loventhal, filed a notice of withdrawal as counsel for Plaintiff (ECF No. 21).

8. On June 15, 2023, the MassMutual Defendants filed their motion to dismiss Plaintiff's Complaint (ECF Nos. 22-24) (the "Motion").

9. In light of Plaintiff's counsel's submission of a notice of withdrawal just three (3) days before the MassMutual Defendants' Motion was filed, Plaintiff has requested, and the MassMutual Defendants have agreed to, an extension of sixty (60) days for Plaintiff to respond to the MassMutual Defendants' Motion to allow sufficient time for Plaintiff to secure new counsel and for new counsel to prepare a response to the Motion.

WHEREFORE, the Parties jointly request that Plaintiff's time to respond to the MassMutual Defendants' Motion to Dismiss shall be extended by sixty (60) days from June 29, 2023 to August 28, 2023.

Dated: June 28, 2023  
      Boston, Massachusetts

Respectfully submitted,

/s/ Douglas Rosenberg  
Douglas Rosenberg (*pro se*)  
(206) 414-2192  
rosenbergdouglas@gmail.com

*Plaintiff*

/s/ James R. Carroll  
James R. Carroll (BBO #554426)  
Vasundhara Prasad (BBO #705774)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
500 Boylston Street  
Boston, Massachusetts 02116  
(617) 573-4800  
james.carroll@skadden.com  
vasundhara.prasad@skadden.com

*Counsel for Defendants*  
*Massachusetts Mutual Life Insurance Co. and*  
*MML Investors Services, LLC*

APPROVED AND SO ORDERED:

Dated: _____

_____  
F. Dennis Saylor IV  
Chief Judge, United States District Court

---

**CERTIFICATE OF SERVICE**

I, James R. Carroll, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. I further certify that a copy will be sent to Plaintiff Douglas Rosenberg by email on June 28, 2023.

Dated: June 28, 2023     /s/ James R. Carroll  
                                      James R. Carroll