Douglas Rosenberg
12606 SE 42nd Street
Bellevue WA., 98006
06/22/2023
425-830-5527



Ree **1:23-cv-10441-FDS** Rosenberg v. Mass Mutual Life Insurance Co. 1

Courthouse Way

Boston, Massachusetts 02210

Dear Judge Dennis Saylor IV

I respectfully request that I be granted access to efile into this case. My Attorney has withdrawn and I am the defacto Pro Se Plaintiff. When I made my application to the Court through Pacer, I was denied eFiling rights in this case.

I feel I am at a significant disadvantage in the case versus the Defendants here

Defendants are allowed to efile and are in Boston.

I am on the West Coast and unless I use expensive express mail, regular mail can take several days to reach the court.

Sincerely,

Douglas Rosenberg

Douglas Rosenberg
12606 SE 42nd street
Bellevue WA, 98006

USMS SCREENED

US Fedeal District Mass
1 Court House Way
Boston Mass, 02210

02210-300299