UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>　　　　　Defendants. | . NO 1:23-cv-10441-FDS |

# Amended Motion and Declaration to update Defendant Keith Patrick Gill address and serve Keith Patrick Gill

Plaintiff has been authorized to proceed in forma pauperis under 28 U.S.C. §1915

Plaintiff's previous Attorney told plaintiff that all Defendants had been served.

In fact Plaintiff's previous attorney did not affect Service on anybody.

As such Plaintiff was misled that Defendant Keith Patrick Gill was served.

Plaintiff has determine that Defendant Keith Patrick Gill has most likely moved to the following address

**8 Chandler Rd Wilmington, MA 01887**

Plaintiff respectfully asks the court to update the docket and any other records to reflect this new address.

Plaintiff respectfully asks the Court Pursuant to Rule 4 to authorize Service of the Complaint to Keith Patrick Gill by the US Marshall and to allow sufficient time for such service

Respectfully Submitted

Pro Se

Douglas Rosenberg

**I declare under penalty of perjury that the foregoing is true and correct. Executed : 8/28/23**

2