**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Douglas Rosenberg

               Plaintiff,

      v.

KEITH PATRICK GILL, MML INVESTORS
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.

              Defendants.

. NO **1:23-cv-10441-FDS**

# Motion to Extend Time to respond to Motion To Dismiss and/or Extension to Amend Complaint

Plaintiff respectfully requests additional 60 days to respond to Motion to Dismiss pursuant to Rule 6 (b)(A)  or Fed. R. Civ. P. 12(b)

Defendant MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO. told Plaintiff in writing that they would not consent to another Wxtension of Time.

(b) EXTENDING TIME.

   (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

      (A) with or without motion or notice if the court acts, or if a request is made. before the original time or its extension expires; or

In support of this Motion I make the following Declaration

## Declaration in support of Motion to Extend Tine

Plaintiff suffers from Autism, Neck injury that intefers with his thinking and sleep disorder. For the neck injury, the Plaintiff has received a Workers Compensation disability rating. Given these injuries and illnesses, Plaintiff needs extraordinary motivation to work on this case which brings make the trauma of him losing his entire life's savings.

Additionally,

1.  in the last two months the Plaintiff has had dental issues including root canal which distracted Plaintiff.

2. The extraordinary heat wave in Plaintiffs State of Washington has interfered with Plaintiff's ability to concentrate.

3. Wild Fires in Canada impacted the air quality in Plaintiff's state and impacted ability to function. At times the air quality was 10 times worst than the acceptable air quality

As such Plaintiff respectfully requests an additional 60 days.

4. Previous Attorney failed to remove himself properly from the case. As such Plaintiff had to spend time  filing motion to remove the Attorney so that he could file into the case.

5. Plaintiff was only allowed to file into the case on 07/21/23 and was only allowed to efile into the case on 08/08/23

| | | |
|---|---|---|
| 07/09/2023 | 26 | MOTION for Leave to file electronically Pro Se by Douglas Rosenberg (Kelly, Danielle) (Entered: 07/09/2023) |
| 07/21/2023 | 27 | Chief Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 25 Joint MOTION To Extend Plaintiff's Time To Respond To The MassMutual Defen |
| 08/08/2023 | 28 | Chief Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 26 Motion for leave to electronically file Pro Se. |
| | | Pro se litigants must have an individual PACER account to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer web |
| | | Pro se e-filing account Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-se.htm . |
| | | If you already have a PACER account with E-Filing access as a pro se litigant, you do not need to register again. Please email tracy_mclaughlin@mad.uscourts.g |

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed: 8/28/23**