# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>　　　　　　　Defendants. | . NO 1:23-cv-10441-FDS<br>**Note of Motion**<br>Motion to Amend Complaint |

Pursuant to Rule `15, Plaintiff respectfully requests the leave of the Court to Amend his complaint attached as first Amended Complaint

**1:23-cv-10441-FDS**

2

Respectfully Submitted

Date: 8/29/23


Pro Se

*[signature]*

Douglas Rosenberg