UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                                    :
                      Plaintiff,           :   Civil Action
                                          No. 23-10441-FDS
    v.                                                :

KEITH PATRICK GILL, MML INVESTORS     :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,            :

                      Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MASSMUTUAL DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE MASSMUTUAL DEFENDANTS' MOTION TO DISMISS AND
TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (ECF NOS. 31-32)**

Defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and MML Investors Services, LLC ("MMLIS") (collectively, the "MassMutual Defendants") respectfully submit this response to Plaintiff Douglas Rosenberg's (i) Motion to Extend Time to Respond to Motion to Dismiss and/or Extension to Amend Complaint (ECF No. 31); and (ii) Motion to Amend Complaint (ECF No. 32). Although the MassMutual Defendants do not oppose Plaintiff's motion to amend complaint, they respectfully request that if the Court grants Plaintiff's motion, the Court should set forth a firm schedule and not allow Plaintiff any further extensions on that schedule for the following reasons[1]:

1.     On February 23, 2023, Plaintiff filed this action in this Court, along with a motion to seal and a motion to proceed in forma pauperis (ECF Nos. 1-3).

---

[1]     If the Court does not grant Plaintiff's motion to amend complaint, the MassMutual Defendants respectfully request that the Court set a time for Plaintiff to respond to the MassMutual Defendants' motion to dismiss filed on June 15, 2023. (ECF Nos. 22-24.)

2.      On March 2, 2023, Magistrate Judge Dein denied without prejudice Plaintiff's motion to seal and granted Plaintiff twenty-one (21) days from the date of that order to resubmit the motion and advise the Court whether he wants to proceed if the complaint is not sealed (ECF No. 6).  However, Plaintiff failed to respond by that deadline and on April 7, 2023, Magistrate Judge Dein issued an order for reassignment and report and recommendation, directing that the case be returned to the Clerk's Office for reassignment to a District Judge for further proceedings and recommending that this action be dismissed without prejudice because Plaintiff failed to respond to the Court's March 2, 2023 Order (ECF No. 10).

3.       On April 7, 2023, this action was assigned to Chief Judge Saylor, who dismissed this action without prejudice (ECF No. 13).  However, on May 1, 2023, Plaintiff filed a motion to reopen the case, which was granted by this Court on May 9, 2023 (ECF No. 15).

4.      Shortly thereafter, on May 10, 2023, counsel for the MassMutual Defendants waived service of process and in an effort to not delay any further, offered to move, answer, or otherwise respond to Plaintiff's Complaint within 36 days, by June 15, 2023, instead of the 60 days allowed to the MassMutual Defendants under Fed. R. Civ. P. 4(d).  The parties filed a joint motion to that effect (ECF No. 19), which the Court granted on May 16, 2023 (ECF No. 20).

5.      On June 12, 2023, Plaintiff's counsel, Robert D. Loventhal, filed a notice of withdrawal as counsel for Plaintiff (ECF No. 21).  No other attorney has appeared and Plaintiff Rosenberg is now proceeding *pro se*.

6.      On June 15, 2023, the MassMutual Defendants filed their motion to dismiss Plaintiff's Complaint (ECF Nos. 22-24).

7.      On June 22, 2023, Plaintiff contacted counsel for the MassMutual Defendants requesting a 60-day extension on his time to respond to the MassMutual Defendants' motion to dismiss so as to allow sufficient time for Plaintiff to secure new counsel and for new counsel to prepare a response to the Motion.  The MassMutual Defendants agreed to the requested extension and explained at that time that it would not agree to still further delays.  Counsel for the MassMutual Defendants drafted and filed on behalf of the parties a joint motion on June 28, 2023, which this Court granted on July 21, 2023, extending Plaintiff's time to respond to the MassMutual Defendants' motion to dismiss from June 29, 2023 to August 28, 2023.  (ECF Nos. 25, 27.)

8.      On August 28, 2023, Plaintiff filed a motion for extension of time requesting a further 60-day extension on his time to respond to the MassMutual Defendants' motion to dismiss.  (ECF No. 31.)

9.      On August 29, 2023, Plaintiff filed a motion to amend complaint, providing no explanation for why the Court should grant him this relief.  (ECF No. 32.)

10.     Counsel for the MassMutual Defendants has accommodated all of Plaintiff's scheduling requests thus far, and has even offered to draft and file joint motions and stipulations on behalf of the parties in light of Plaintiff's *pro se* status.  However, this action has been pending for more than six months, and any further extensions are unwarranted.

11.     As such, if the Court grants Plaintiff's motion to amend complaint, the MassMutual Defendants respectfully request that the Court enter the following schedule:

| Event | Deadline |
| --- | --- |
| Deadline for the MassMutual Defendants to file a motion to dismiss Plaintiff's Amended Complaint | 21 days after Plaintiff files the Amended Complaint |

| Event | Deadline |
|---|---|
| Deadline for Plaintiff's opposition to the MassMutual Defendants' motion to dismiss Plaintiff's Amended Complaint | 14 days after the MassMutual Defendants serve their motion to dismiss |

12. The MassMutual Defendants further request that the Court not allow Plaintiff any further extensions.

## **CONCLUSION**

For the foregoing reasons, the MassMutual Defendants respectfully submit that, if this Court grants Plaintiff's Motion to Amend Complaint, the Court should set forth a scheduling order and not allow Plaintiff any extensions on that schedule.

If the Court denies Plaintiff's motion to amend complaint, the MassMutual Defendants respectfully request that the Court set a time for Plaintiff to respond to the MassMutual Defendants' motion to dismiss filed on June 15, 2023. (ECF Nos. 22-24.)

Dated: September 7, 2023  
       Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll  
James R. Carroll (BBO #554426)  
Vasundhara Prasad (BBO #705774)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
500 Boylston Street  
Boston, Massachusetts 02116  
(617) 573-4800  
james.carroll@skadden.com  
vasundhara.prasad@skadden.com

*Counsel for Defendants*  
*Massachusetts Mutual Life Insurance Co. and*  
*MML Investors Services, LLC*