UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Douglas Rosenberg

    Plaintiff,

v.

KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.

    Defendants.

. NO 1:23-cv-10441-FDS

# Motion to Appoint Pro Bono Attorney

Plaintiff respectfully requests the Court appoint a Pro- Bono Attorney pursuant to 28 U.S.C. § 1915(e)(1)..

Plaintiff makes the following Declaration in Support of this motion:

## Declaration of Douglas Rosenberg in support of Motion

This case involves complicated State and Federal issues of which the Plaintiff is ill equipped to handle. Plaintiff intends to amend Complaint to include a Aiding and Abetting Per Se violation of Sherman Anti-Trust (Per Se Violation involving Horizontal Price fixing). Additional, issues include Securities Act ,and to use State Consumer laws in two different states (RCW **19.86. 020 and 93A).** I have no legal training. I am desperately trying to retrain myself so that I can earn a living wage and the time necessary to devote to this lawsuit is substantial. The lawsuit involves trying to recover my lost money/life savings. I am now improvised with debts exceeding my monetary assets by $70,000.

I believe this case is winnable against at least one of the Plaintiffs. Although the Plaintiffs claim they did not have notice of what their employee was doing, the Massachusetts regulator determined that the Plaintiff had weeks' notice of what their Employee was doing during the most critical time. That they took no action whatsoever during the most critical time of their knowledge of Gills actions. I believe this amounts to "adding and abetting in that there employee performed some deeds in the course of his employment. In Telex Securities 4:14-md-02566-TSH, Bank of America was denied dismissal because of the defendants awareness of and response to various "red flags" was sufficient to present a strong interference of "actual Knowledge". I have tried to contact numerous Attorneys for continency in this case. It is clear that many would be reluctant to get involved because they would be afraid of a mass cyber attack from Reddit Wall Street bets members. The very well known law firm of HAGENS BERMAN SOBOL SHAPIRO LLP and Thomas M.

Sobol initially was involved in a similar case . However, they quickly closed the case out after the firm being presumably Cyber Attacked. The case was scrubbed from their website like it never existed. I too could be attacked in a like manner.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed: 9/11/23**

*[signature]*