UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>                    Plaintiff,<br><br>           v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>                    Defendants. | . NO 1:23-cv-10441-FDS<br>**Note of Motion**<br>Motion to Amend Complaint |

Pursuant to Rule `15 and any other pertinent rules, Plaintiff respectfully requests the leave of the Court to amend his complaint attached as Second Amended Complaint.

Three Exhibits for the Complaint are attached as Exibit 1-3

**1:23-cv-10441-FDS**

2

Respectfully Submitted

Date: 9/14/23


Pro Se

*[signature]*

Douglas Rosenberg