**Transaction Confirmation**
**Confirm Date: January 27, 2021**

Page 2 of 4

Brokerage Account Number

VIDUAL - TOD



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | | |
|---|---|---|---|---|---|---|---|
| | 2* | 2KP | 01-27-21 | 01-28-21 | | | |

You Bought
50
at   .0500

Symbol:
F210129C12

**DESCRIPTION and DISCLOSURES**
CALL (F) FORD MTR CO DEL COM
JAN 29 21 $12 (100 SHS)
WE HAVE ACTED AS AGENT.
CLOSING TRANSACTION ;REF/2KP/SPAR ;

Principal Amount            250.00
Activity Assessment Fee       1.79
Settlement Amount           251.79

---

| REFERENCE NO. | | | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| | | | 01-27-21 | 01-28-21 | | | |

You Bought
10
at   274.3000

Symbol:
GME210219C100

**DESCRIPTION and DISCLOSURES**
CALL (GME) GAMESTOP CORPORATION
FEB 19 21 $100 (100 SHS)
WE HAVE ACTED AS AGENT.
CLOSING TRANSACTION

Principal Amount         274,300.00
Commission / Fees             6.50
Activity Assessment Fee       0.36
Settlement Amount        274,306.86

11:38:02 AM

---

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | |
|---|---|---|---|---|---|---|---|
| | 2* | WK# | 01-27-21 | 01-28-21 | | | |

You Bought
10
at   189.0000

Symbol:
GME210129C200

**DESCRIPTION and DISCLOSURES**
CALL (GME) GAMESTOP CORPO
JAN 29 21 $200 (100 SHS)
WE HAVE ACTED AS AGENT.
CLOSING TRANSACTION

Principal Amount         189,000.00
Commission / Fees             6.50
Activity Assessment Fee       0.36
Settlement Amount        189,006.86

11:35:22 AM

9900292239

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**