

Fri, Jan 29, 2021, 06:12:11 AM Pacific Standard Time

r/wallstreetbets · Posted by u/november84 2 years ago

256

## GME Squeeze explained by /u/P08C/ - some fundamentals for you retards
DD

Hey all, posting on behalf of /u/p08c as his post keeps getting removed.

source: https://www.reddit.com/r/wallstreetbets/comments/l7qahx/gme_squeeze/gl87yyo?utm_source=share&utm_medium=web2x&context=3

Alright, I'm fucking retarded and I suck at math, but I'll give you a long drawn out post because I've got nothing better to do with my time.

First let's take a look at the yahoo finance page for GME. According to the statistics gamestop has 69.75M shares outstanding. That is how many gamestop shares exist. Right below that you'll see that gamestop has 46.89M shares floating. That is how many shares are actually in circulation and are "tradeable".

Now let's walk away from yahoo finance with those numbers in mind and go to https://financhill.com/most-heavily-shorted-stocks-today. According to this website 97.68% of shares outstanding for GME are being shorted. Since we know that GME has 69.75M shares and 97.68% are shorted you can do the math and find that the total shorted shares for GME is around 68.13M.

Now that we know that there are 68.13M shares being shorted we can compare that number to the 46.89M shares floating. Do some more math and you see that 68.13 is 145.297504798465% of the total 46.89M shares floating.

So we come to the conclusion that 97.68% of the shares outstanding are shorted or 145.3% of the float, the shares that are actively being traded, is shorted.

💬 55 Comments    ➕ Award    ↗ Share    🔖 Save    ...

Comment as Relevant_Local_5842

What are your thoughts?

16.7k upvotes   1.9k comments   95 awards

**Sun, Feb 26, 2023, 02:30:25 PM Pacific Standard Time**

 r/Superstonk · Posted by u/Lastaplays   Power to the Players   3 months ago

I'm the guy who took out a £10,000 loan on May 2021 to buy GME. I'm the guy who wrote a love letter to Superstonk, praying for the squeeze to happen before my other half had to go move back to China. I'm also the guy who lurks without commenting or making a post for months.   🚪 Buy & HODL 💎 🙌

3.8k upvotes   314 comments   14 awards

6.3k upvotes   977 comments   50 awards

**Sun, Feb 07, 2021, 07:40:49 AM Pacific Standard Time**

 r/wallstreetbets · Posted by u/[deleted] 2 years ago

Evidence points to GME Shorts not having covered but pretending they did (via the use of options to illegally "cover" with synthetic long shares) to break the squeeze   DD

22.8k upvotes   1.3k comments   278 awards

**Sun, Feb 21, 2021, 10:26:25 AM Pacific Standard Time**

 r/GME · Posted by u/cdgullo Always Improving 2 years ago

Now that GME is $40 and DFV has made it cool to like again, I won't forget the people that never left and supported the cause the last few weeks against all the criticism. 💎🙌

9.3k upvotes   809 comments   63 awards

**Mon, Feb 01, 2021, 11:38:49 AM Pacific Standard Time**

 r/stocks · Posted by u/oxyqodone 2 years ago

I bought GME at the dip for 250 today. Do you think the squeeze has already happened or the best is yet to come?   Question

506 upvotes   698 comments   0 awards

> **r/wallstreetbets** · Posted by u/psytokine_storm  `helps`  2 years ago
>
> *Sat, Jan 23, 2021, 09:05:57 AM Pacific Standard Time*
>
> ## How Friday's GME gamma squeeze may trigger a short squeeze on Monday and Tuesday `Discussion`
>
> 10.5k upvotes   3.7k comments   109 awards

**Sun, May 16, 2021, 05:03:07 AM Pacific Daylight Time**

r/Superstonk · Posted by u/inwarez 2 years ago

Just a reminder that DFV bought additional 50,000 $GME shares at around $155. That should be the only DD & TA you need to know. Stay focused. BUY. HODL. VOTE. 💎💎🙌🙌🚀 🚀 HODL 💎🧑‍🚀



ME YOLO update — Apr 16 021 — final update

8.7k upvotes   288 comments   74 awards

**Sat, Apr 17, 2021, 04:12:56 AM Pacific Daylight Time**

r/Superstonk · Posted by u/[deleted] 2 years ago

DFV stated it's his final update. By doing that he made sure that any and every fake screenshot or comment about him selling has zero credibility. DON'T TRUST ANYBODY telling you to sell or that squeeze has reached ceiling. Make your own decisions. I for one HODL TO ANDROMEDA. Not financial advice. HODL 💎🧑‍🚀


Sort ⌄   Time ⌄

**Sun, Apr 18, 2021, 02:09:49 AM Pacific Daylight Time**

r/Superstonk · Posted by u/[deleted] 2 years ago

Why I'm 100% certain DFV will HOLD through the entire squeeze, and how he inspires me to do the same. I realized selling just 1 or 2 shares after the peak is enough to be set for life. The rest is for diamond handing, and the Post-MOASS world will be glorious for any GME shareholder 💎🧑‍🚀❤️🚀🚀 HODL 💎🧑‍🚀

4.4k upvotes   220 comments   15 awards



**Mon, Apr 26, 2021, 12:49:15 PM Pacific Daylight Time**

r/wallstreetbets · Posted by u/dragon_dudee 2 years ago

$GME squeeze incoming  Meme

44.8k upvotes   4.1k comments   453 awards



3.2k  Reply  Share  ...

Sat, Feb 06, 2021, 11:07:27 AM Pacific Standard Time

Ragnarok314159  +1 · 2 yr. ago

Yeah. SEC is more likely to investigate all of us rather than the hedge funds.

3.7k  Reply  Share  ...

jfwelll  +3 · 2 yr. ago

Theyll end up blaming wsb saying it was collusion and it will end up with requiring permits for the individuals to play in their yard to limit the average Joes in the game

1.8k  Reply  Share  ...
12.6k  Reply  Share  ...

Sat, Feb 06, 2021, 11:52:07 AM Pacific Standard Time

slade998 · 2 yr. ago  2 & 2 More

My worst fear is that WSB keeps buying until we own the company -- think of the fucking annual meeting!

Booths with crayons and free blow jobs. My wife shopping for more BFs.

Holy shit, what a nightmare. 🍆🍆🍆🍆

Sat, Feb 06, 2021, 10:02:37 AM Pacific Standard Time

zimmah · 2 yr. ago  5

177% of float is one thing but 142% of outstanding shares, what the fuck. And that's accounting for retail investors.

12.6k  Reply  Share  ...

Sat, Feb 06, 2021, 10:02:37 AM Pacific Standard Time

zimmah · 2 yr. ago  5

177% of float is one thing but 142% of outstanding shares, what the fuck. And that's not accounting for retail investors.

12.6k  Reply  Share  ...



16 more replies

Sat, Feb 06, 2021, 02:28:18 PM Pacific Standard Time

janitroll · 2 yr. ago

DUDE! When $GME hits $420.69 you're getting PAID $3,489,202.86

261   Reply   Share   ...

4 more replies

11 more replies

Tue, Jan 26, 2021, 12:34:38 PM Pacific Standard Time

Child_of_Khorne · 2 yr. ago

Every time a hedge fund goes under, I'm buying 100 F to pay respects.

149   Reply   Share   ...