UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                          :

                Plaintiff,    :    Civil Action
                                                                          No. 23-10441-FDS
    v.                                      :

KEITH PATRICK GILL, MML INVESTORS   :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,          :

                Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MASSMUTUAL DEFENDANTS' RESPONSE TO**
**PLAINTIFF'S SECOND MOTION TO AMEND COMPLAINT (ECF NO. 35)**

Defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and MML Investors Services, LLC ("MMLIS") (collectively, the "MassMutual Defendants") respectfully submit this response to Plaintiff Douglas Rosenberg's Second Motion to Amend Complaint (ECF No. 35).

The MassMutual Defendants do not oppose Plaintiff's second motion to amend complaint, just like they did not oppose Plaintiff's first motion to amend complaint (ECF Nos. 32-33). However, the MassMutual Defendants respectfully request that if the Court grants Plaintiff's motion, the Court should set forth a firm schedule and not allow Plaintiff any further extensions on that schedule for the same reasons as those set forth in the MassMutual Defendants' Response to Plaintiff's Motion for Extension of Time to Respond to the MassMutual Defendants' Motion to Dismiss and to Plaintiff's Motion to Amend Complaint (ECF No. 33).[1]

---

[1] If the Court does not grant Plaintiff's second motion to amend complaint, the MassMutual Defendants respectfully request that the Court set a time for Plaintiff to respond to the MassMutual Defendants' motion to dismiss filed on June 15, 2023.  (ECF Nos. 22-24.)

Dated: September 28, 2023      Respectfully submitted,
        Boston, Massachusetts

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Vasundhara Prasad (BBO #705774)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
vasundhara.prasad@skadden.com

*Counsel for Defendants*
*Massachusetts Mutual Life Insurance Co. and*
*MML Investors Services, LLC*