UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>       Plaintiff,<br><br>  v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>       Defendants. | **. NO 1:23-cv-10441-FDS**<br>**Note of Motion**<br>Request Court Issue Order to Serve Keith Patrick Gill |

Plaintiff has been authorized to proceed in forma pauperis under 28 U.S.C. §1915

The US Marsahalls Service has informed Plaintiff that it will not serve the Defendant

Defendant Keith Patrick Gill until there is a Court Order , ordering them to serve the

Defendant. Plaintiff respectfully requests that the Court issue such an order

Respectfully Submitted

Date: 10/17/2023

Pro Se

Douglas Rosenberg