## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Douglas Rosenberg

Plaintiff,

v.

KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.

Defendants.

. NO 1:23-cv-10441-FDS

**Note of Motion**

MOTION TO DISQUALIFY OPPOSING COUNSEL FOR VIOLATIONS OF ETHICS RULES PURSUANT TO CR 43(g) and ABA ethics Rules, Rule 11 and Rule 37

On October 18th Plaintiff attended a conference as required by local rules to discuss Defendants anticipated Motion to Dismiss. During the Conference, James Carrol ambushed the Plainitff by saying his client did not take any repsonbility and asked Douglas Rosenberg if he took responsibility for being foolish about entering in the transactions on Game Stop.By asking this question Mr. Carrol violated two rules of professional conduct

## 1. Rule 3.7: Lawyer as Witness – Mr. Carrol and his associate Vasundhara  Prasad can now be callsed as Witnesses to the Case in favor of their Client

**Rule 3.7 (a) A lawyer shall not act as advocate at a trial in which the lawyer is likely to be a necessary witness unless:"**
**In re Pfefer, 182 Wn.2d 716, 725-26, 344 P.3d 1200 (2015).** *See also* **CR 43(g) (generally precluding lawyer-witness from being trial counsel in a jury case).**

**Rule 4.3: Dealing with Unrepresented Person - In dealing on behalf of a client with a person who is not represented by counsel, a lawyer shall not state or imply that the lawyer is disinterested. When the lawyer knows or reasonably should know that the unrepresented person misunderstands the lawyer's role in the matter, the lawyer shall make reasonable efforts to correct the misunderstanding.**

# Declaration in support of Motion to Disqualify Opposing Counsel:

I Douglas Rosenberg am the Plaintiff in this case. On October    18

at approximately Noon EST, I took a call from James Carrol and

his associate Vasundhara  Prasad. This call was allegedly to

discuss legal points of their motion to dismiss the case. During the

course of this conversation James Carrol aout of the blue sked me

if I took responsibility for my actions in ths matter. I told Mr.

Carroll that I thought this was a Police Interrogation. I feel this is

the same as asking a Rape Victim if they didn't take responsibility

for being Raped.

 I certainly feel extremely  badly enough about losing my entire

life savings in a matter of minutes. It is traumatic enough to have

to bring this legal case in the first place, as I am a very private

person and I have now exposed myself to harassment by Millions

of highly sophisticated Internet users  who profited from my loss

Mr Carroll who is a highly compenseated Attorney living in the lap

of luxury sought to embarrass me and have me admit to my own

culpability in this matter. I'm sure neither Mr. Carroll nor Roger

W. Crandall the CEO of Mass Mutual MASSACHUSETTS

MUTUAL LIFE INSURANCE CO ,

 clients  MML INVESTORS SERVICES, LLC, AND

MASSACHUSETTS MUTUAL LIFE INSURANCE CO. are

faced with being homeless or suffering from traumatically losing

their entire savings in a matter of minutes.

 I did not need for Mr. Carroll to rub it and inflict additional

psychological damage on me. I am partially disabled, autistic  and

now living below the poverty line with very substantial debt that

may leave me to be homeless. I do not choose to act as my own

Attorney out of disrespect for the Legal profession. Rather there

are no Attorneys brave enough to go up against the  Mob who

participated in this assult on both the legitimacy of the   Financial market and me.

I do not have gainful employement nor the skills yet to acquire gainful employement.

I am now suffering traumatic effects from Mr. Carroll choosing to rub salt in my wound.  Every  minute of every day, I am thinking about this

I'm sure neither the Management of Mass Mutual nor their Board of Directors know what it is to be "Financial Raped'. They are all living smugly in their Mansions and laughing at this matter.

## **Management of Mass Mutual**

Sears Merritt, Head of Technology and Experience

Dominic Blue,Head of Third-Party Distribution and New Markets

Michael O'Connor, General Counsel

Geoffrey Craddock, Chief Risk Officer

John Rugel, Head of Operations

Paul LaPiana, Head of Brand, Product and Affiliated Distribution

Elizabeth Ward, Chief Financial Officer

Mark Muething, President of MassMutual Ascend

Mike Freno, hairman, President and Chief Executive Officer, Barings LLC

## **Board of Directors**

Mark T. Bertolini, Co-Chief Executive Officer

Bridgewater Associates, Westport, Connecticut

Michelle K. Lee, Amazon Web Services,

Jeffrey M. Leiden, M.D., Ph.D., Executive Chairman, Former President and Chief Executive Officer

Vertex Pharmaceuticals Incorporated, Boston,

Kathleen A. Corbet, Founder and Principal

Cross Ridge Capital, LLC, New Canaan,

Laura J. Sen, Chief Executive Officer

BJ's Wholesale Club, Inc., Westborough,

James H. DeGraffenreidt, Jr.,

Chairman and Chief Executive Officer, Retired

WGL Holdings, Inc., Washington, D.C.

William T. Spitz, Principal and Co-Founder

Diversified Trust Company, Nashville, Tennessee

**1:23-cv-10441-FDS**

Isabella D. Goren, Former Chief Financial Officer

American Airlines, Inc. and AMR Corporation,


H. Todd Stitzer, Former Chief Executive Officer

Cadbury PLC, London, United Kingdom



Bernard A. Harris, Jr., M.D., M.B.A,

CEO and Managing Partner

Vesalius Ventures, Inc.

 In answering his question and hence I consider Mr. Carroll and his

associated Mr. Prasad to now be witnesses in this case.



I declare (or certify, verify, or state) under penalty of perjury that the

foregoing is true and correct. Executed on 10/20/2023

Douglas Rosenberg

Respectfully Submitted

Date: 10/20/2023


Pro Se

Douglas Rosenberg