

Douglas Rosenberg <rosenbergdouglas@gmail.com>

## Re: Rosenberg v. MassMutual et al. (D. Mass. 1:23-cv-10441-FDS)
1 message

**douglas Rosenberg** <rosenbergdouglas@gmail.com>   Wed, Oct 18, 2023 at 1:57 PM
To: "Carroll, James R" <James.Carroll@skadden.com>
Cc: "Prasad, Vasundhara" <Vasundhara.Prasad@skadden.com>

Mr. Carroll
Yes, that works for me.
Please  call me at 425-830-5527
Thank You
Doug Rosenberg

On Wed, Oct 18, 2023 at 1:23 PM Carroll, James R <James.Carroll@skadden.com> wrote:

> I suggest we have a call tomorrow at noon eastern time.  Can that work for you Mr. Rosenberg?
>
> **James R. Carroll**
> Partner
>
> **Skadden, Arps, Slate, Meagher & Flom LLP**
>
> 500 Boylston Street | Boston | Massachusetts | 02116
> T: +1.617.573.4801 | F: +1.617.305.4801
> james.carroll@skadden.com



**From:** douglas Rosenberg <rosenbergdouglas@gmail.com>
**Sent:** Wednesday, October 18, 2023 4:16 PM
**To:** Prasad, Vasundhara (BOS) <Vasundhara.Prasad@skadden.com>
**Cc:** Carroll, James R (BOS) <James.Carroll@skadden.com>
**Subject:** [Ext] Re: Rosenberg v. MassMutual et al. (D. Mass. 1:23-cv-10441-FDS)

Dear Mr. Prasad,

Lets confer on this matter.

Please set a date and time and means of conferring.

Thank You

Doug

On Wed, Oct 18, 2023 at 12:08 PM Prasad, Vasundhara <Vasundhara.Prasad@skadden.com> wrote:

> Dear Mr. Rosenberg,
>
> We intend to move to dismiss your amended complaint (ECF No. 38) in this matter. There is a local rule in Massachusetts pursuant to which parties must meet and confer in good faith to resolve or narrow the issues prior to filing any such motion. *See* Local Rule 7.1(a)(2). Please let us know if you'd like to discuss. Alternatively, if you intend to oppose our motion, please let us know.
>
> Thank you,
>
> Vasundhara
>
> **Vasundhara Prasad**
> Associate
>
> **Skadden, Arps, Slate, Meagher & Flom LLP**
>
> **500 Boylston Street | Boston | Massachusetts | 02116**
> T: +1.617.573.4866 | F: +1.617.305.4866 | M: +1.917.573.3096
> vasundhara.prasad@skadden.com



---------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================

---------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================