UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                           :

                    Plaintiff,    :    Civil Action
                                       No. 23-10441-FDS
   v.                                                    :
                                       **ORAL ARGUMENT REQUESTED**

KEITH PATRICK GILL, MML INVESTORS   :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,                  :

                   Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MASSMUTUAL DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and MML Investors Services, LLC ("MMLIS") (collectively, the "MassMutual Defendants") hereby move this Court to dismiss the Amended Complaint (ECF No. 38) filed by Plaintiff Douglas Rosenberg ("Plaintiff") with prejudice. The grounds for this motion are set forth in the MassMutual Defendants' memorandum of law and transmittal declaration submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the MassMutual Defendants respectfully request oral argument on this motion.

2

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that counsel for the MassMutual Defendants conferred with Plaintiff Douglas Rosenberg on October 19, 2023 at 12 p.m. ET via telephone, in a good faith attempt to resolve or narrow the issues in this motion. The undersigned counsel for the MassMutual Defendants reports that the parties were unable to reach a resolution.

Dated: October 23, 2023
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Vasundhara Prasad (BBO #705774)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
vasundhara.prasad@skadden.com

Counsel for Defendants
Massachusetts Mutual Life Insurance Co. and
MML Investors Services, LLC