UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                                  :

               Plaintiff,           :     Civil Action
                                                 No. 23-10441-FDS
    v.                                                 :

KEITH PATRICK GILL, MML INVESTORS    :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,                   :

               Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF VASUNDHARA PRASAD
IN SUPPORT OF THE MASSMUTUAL DEFENDANTS'
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

       I, VASUNDHARA PRASAD, pursuant to 28 U.S.C. § 1746, declare and state as follows:

       1.     I am a member of the bar of the Commonwealth of Massachusetts and of this Court, and an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Massachusetts Mutual Life Insurance Co. and MML Investors Services, LLC (collectively, the "MassMutual Defendants") in the above-captioned action.

       2.     I make this Declaration in support of the MassMutual Defendants' Motion To Dismiss The Amended Complaint and for the purpose of transmitting to the Court true and correct copies of the following documents:

       1.     *Game Stopped? Who Wins and Loses When Short Sellers, Social Media, and Retail Investors Collide: Hearing Before the H. Comm. on Fin. Servs.*, 117 Cong. (2021), *available at* https://democrats-financialservices.house.gov/events/eventsingle.aspx?EventID=407107 (testimony of Keith Patrick Gill)

  2.  Complaint, *Iovin v. Gill et al.*, No. 3:21-cv-10264-MGM (D. Mass. filed Feb. 16, 2021), ECF No. 1

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2023 in Boston, Massachusetts.

           /s/ Vasundhara Prasad
           Vasundhara Prasad (BBO #705774)
           SKADDEN, ARPS, SLATE,
            MEAGHER & FLOM LLP
           500 Boylston Street
           Boston, Massachusetts 02116
           (617) 573-4800
           vasundhara.prasad@skadden.com

           Counsel for Defendants
           Massachusetts Mutual Life Insurance Co. and
           MML Investors Services, LLC