UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>    Plaintiff,<br><br>v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>    Defendants. | . NO 1:23-cv-10441-FDS<br>**Withdrawal of motion to disqualify opposing counsel** |

Plaintiff withdraws previous motion to disqualify opposing counsel

Respectfully Submitted

Date: 10/31/2023

Pro Se

*[signature]*

Douglas Rosenberg

1:23-cv-10441-FDS

7

Case 1:23-cv-10441-FDS   Document 45   Filed 10/31/23   Page 2 of 2