UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>Plaintiff,<br><br>v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>Defendants. | . NO 1:23-cv-10441-FDS<br>**Note of Motion**<br>Motion to Extend Time to Respond to Motion To Dismiss |

Plaintiff's response to the Motion to Dismiss is currently due November 4th, 2023

Pursuant to Rule `6 and other rules Plaintiff respectfully requests an extension of time till November 20th, 2023 to respond to the Motion to Dismiss.

Defendant's counsel for MML Investors and MASSACHUSETTS MUTUAL LIFE INSURANCE CO have agreed not to oppose this request.

Plaintiff needs additional time to properly examine the issues and to decide how to respond..

Plaintiff is also dealing with other legal issues in other cases.

**1:23-cv-10441-FDS**

2

Respectfully Submitted

Date: 11/02//23


Pro Se

*[signature]*

Douglas Rosenberg