**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Douglas Rosenberg<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>　　　　　　Defendants. | . NO 1:23-cv-10441-FDS |

# Second Motion to Extend time to respond to Motion to Dismiss

I apologize to the Court, but I again request a short and last extension to respond till Defendants motion till November 24th. Preparing a response to this motion has been much more difficult than I anticipated.

Pro Se

Douglas Rosenberg

**I declare under penalty of perjury that the foregoing is true and correct. Executed: 11/20/2023**

*[signature]*