UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>    Plaintiff,<br><br>v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>    Defendants. | NO 1:23-cv-10441-FDS<br>RESPONSE OPPOSING TO DISMISS |

This is Plaintffs response to the Motion to Dismiss filed by the MassMutual Defendants.

Now Plaintiff will refute several of Defendants illogical arguments:

1.Plaintiff incorporates the Defendnats Consent agreement (Exhbit 2 ) as if incorporated herein by   and made a part hereof.

 Defendants claims that because they do plead guilty to the Consent Degreee (Exhibit 1) that the allegations allowed.

Defendants incorporates Exhibit 2 as if it were contained within.This Consent Agreement Docket NO. 2021-0004  In submitting to the Consent Degree the Mass Mutual Defendants paid

1:23-cv-10441-FDS

$4000,000 to the State of Massachusetts. Platiniff alleges that the factual allegations in the Consent agreement are admissible at this stage of the pleadings are admissible. The State of Massachusetts is a highly reliable source and Defendants consented to all factual allegations. In addition, there are almost 5 Million media reports on this consent order. This gives Plaintiff a firm belief that the facts are in fact true.



See Exhibit 3 for the article from Compliance Weekly for this quote:

> A key task for compliance divisions within wealth management firms is to keep track of the activity of their broker-dealers. This includes monitoring for potential insider trading and market manipulation, trading in another person's account, and whether the volume of trades by any one dealer on a given day violates firm-imposed caps.

1:23-cv-10441-FDS

At no time do the Defendants deny the facts alleged in the Consent agreement. They only deny the conclusion they have violated so called FINRA Rules. However, the facts support a pleading "Cause of Action" with enough specificity to pass the Twombly plausibility Standard for "Violation of Massachusetts Law Chapter 110A § 204(a)(2)(J) . The Mass Mutual Defendants has admitted to the facts in the complaint.

The Court in that consent agreement made the following Order:

> **IT IS HEREBY ORDERED:**
>
> A. MMLIS shall permanently cease and desist from further violations of the Act and Regulations in Massachusetts;
>
> B. MMLIS is censured by the Division;

Furthermore the plain English meaning of consenting to an order to cease and desist from further violation is an admission that the Mass Mutual Defendants have already violated the law at least once. Any other conclusion with defy the plain English meaing of that sentence.

Additionally the Order in the Consent is by a Commissioner and not by any State or Federal Court. Surely, the Plaintiff who is a resident of Washington

State is not Bound by the Consent agreement.

Additionally, the claim by the Defendants that Gill was not working on the GME short squeeze during Business hours is positively false. Although it appears that all except two Videos were posted in non-business hours, that does not prove that Gill was not recording the videos during business hours. However, even more damming to the case is that 71% of the Reddit postings were done during the work day of 8AM – 5PM ( see Exhibit 1)

Additionally, 100's of post on Tweeter (now known as X) were also done during company time during the period of Gills employment. Because accessing Twitter Data is no longer free, Plaintiff hand assembled a few Tweets but there are many many more



**1:23-cv-10441-FDS**







It seems that Gill hardly had time for his allegedly real job, he was so busy posting to Social Networks during the work day. It certainly seems that posting Short squeeze inform

Additionally as the Consent agreement notices,Gill effected  more than 1700 trades of GME in his own account and 3 others. Because the NYSE is only only during the hours of 9:30AM to 4:30PM, these trades had to take place during the business day.

1:23-cv-10441-FDS

In addition Mass Mutual stuck there head in the sand as far as monitoring as in well documented in the Consent agreement:

> "It's clear that MassMutual was not as diligent as it should have been in supervising its employees," said Secretary of the Commonwealth William Galvin in a press release. "It took the media less than a day to identify the person behind the Roaring Kitty posts, while his own employer took no notice of his online persona."

Gill was part of a massive and well documented conspiracy to cause a short squeeze in GME stock. In a conspiracy each person is equally liable for all the crimes or civil liabilities as the others.

Plaintiff addresses the Economic Loss Doctrine argument of Defendants.

First, the damage was done to the value of the Securities owned by Plaintiff themselves and thus the Economic Loss Doctrine is not applicable. Second Plaintiff himself did suffer personal Injury from the Defendants failure to supervise. See the Declaration of Douglas Rosenberg, Exhibit 4 which the Defendants incorporates as if contained within. (see Maio Vs TD Bank Civil Action No. 1:22-CV-10578-AK Exihibit 8)

1:23-cv-10441-FDS

Additionally, the Unfair Business Practices are Legistrative remedies that are not subject to the Common Law Economic Loss Doctrine. And the ELD has only limited applicability in MASSACHUSETTS (see Exhibit 7)

Control person Liability: Mass Mutual defendants have Control person liability. It is amply documented in the Consent Agreement that Mass Mutual knew about Gill's trading behavior on Jan 19th 2021 but it did nothing:

(Plaintiff incorporates Exhibit 5 as if contained withtin)

> 45. It was not until January 18, 2021 that a low level employee brought Gill's social media activity to the attention of the head of IGC ("IGC Employee One") and Gill's IGC manager ("IGC Employee Two").
>
> 46. Despite the fact that IGC Employee One and IGC Employee Two became aware of Gill posting on social media in violation of company policy, MMLIS did not take any immediate action against Gill and failed to address his misconduct. Gill posted an additional 19 securities-related posts on social media between the time IGC Employee One and IGC Employee Two learned Gill was posting videos about securities on YouTube and

Respondent Superior Liability – It appears that Gil was actively trading larges amounts of GME during the working day. Mass Mutual Defendants should have easily detected this given there in place systems but did not as is well documented in the Consent agreement

1:23-cv-10441-FDS

Open Market manipulation is a Federal crime. See Exhibit 6 that Plaintiff incorporates into thie complain

**1:23-cv-10441-FDS**

Respectfully Submitted

Date: 11/27/23

Pro Se

*[signature]*

Douglas Rosenberg