Total number of Postings Reddit: 45
Total number of work day postings: 32
Percent during work Day postings 8AM - 5PM EST: 71.1%
*************************************************************
*************************************************************
2021-03-17 09:04:07 PM EST
Title: Hey Burry thanks a lot for jacking up my cost basis
Day of week: Sunday
Time Posted: 2019-09-08 04:12:47 PM EST
Title: Hey Burry thanks a lot for jacking up my cost basis
--------------------------
Title: GME YOLO update following the Q2 earnings report described as a "Chernobyl experience"
Day of week: Wednesday
Time Posted: 2019-09-11 10:27:09 PM EST
Title: GME YOLO update following the Q2 earnings report described as a "Chernobyl experience"
--------------------------
Title: GME YOLO month-end update — Sep 2019
Day of week: Monday
Time Posted: 2019-09-30 08:12:22 PM EST
Title: GME YOLO month-end update — Sep 2019
--------------------------
Title: GME YOLO month-end update — Oct 2019
Day of week: Thursday
Time Posted: 2019-10-31 08:14:30 PM EST
Title: GME YOLO month-end update — Oct 2019
--------------------------
Title: GME YOLO month-end update — Nov 2019
Day of week: Friday
Time Posted: 2019-11-29 03:51:18 PM EST
Title: GME YOLO month-end update — Nov 2019
--------------------------
Title: GME YOLO update following "nightmare" Q3 earnings report. Did I sell? Y'all for real? I added
Day of week: Wednesday
Time Posted: 2019-12-11 08:26:18 PM EST
Title: GME YOLO update following "nightmare" Q3 earnings report. Did I sell? Y'all for real? I added
--------------------------
Title: GME YOLO month-end update — Dec 2019
Day of week: Tuesday
Time Posted: 2019-12-31 09:13:28 PM EST
Title: GME YOLO month-end update — Dec 2019
--------------------------
Title: GME YOLO update following the holiday sales readout
Day of week: Tuesday
Time Posted: 2020-01-14 09:12:22 PM EST
Title: GME YOLO update following the holiday sales readout
--------------------------
Title: GME YOLO month-end update — Jan 2020
Day of week: Friday

Time Posted: 2020-01-31 10:29:24 PM EST
Title: GME YOLO month-end update — Jan 2020
---------------------------
Title: GME YOLO month-end update — Feb 2020
Day of week: Saturday
Time Posted: 2020-02-29 07:53:54 AM EST
Title: GME YOLO month-end update — Feb 2020
---------------------------
Title: GME YOLO update following the start of the Big Short Squeeze
Day of week: Tuesday
Time Posted: 2020-04-14 05:20:55 PM EST
Title: GME YOLO update following the start of the Big Short Squeeze
---------------------------
Title: GME YOLO month-end update — Apr 2020
Day of week: Thursday
Time Posted: 2020-04-30 04:16:58 PM EST
Title: GME YOLO month-end update — Apr 2020
---------------------------
Title: GME YOLO month-end update — May 2020
Day of week: Sunday
Time Posted: 2020-05-31 04:11:24 PM EST
Title: GME YOLO month-end update — May 2020
---------------------------
Title: GME YOLO month-end update — June 2020
Day of week: Tuesday
Time Posted: 2020-06-30 09:34:19 PM EST
Title: GME YOLO month-end update — June 2020
---------------------------
Title: GME YOLO month-end update — July 2020
Day of week: Saturday
Time Posted: 2020-08-01 02:21:15 PM EST
Title: GME YOLO month-end update — July 2020
---------------------------
Title: GME YOLO month-end update — Aug 2020
Day of week: Monday
Time Posted: 2020-08-31 04:14:44 PM EST
Title: GME YOLO month-end update — Aug 2020
---------------------------
Title: GME YOLO month-start update — Sep 1 2020
Day of week: Tuesday
Time Posted: 2020-09-01 04:05:35 PM EST
Title: GME YOLO month-start update — Sep 1 2020
---------------------------
Title: GME YOLO mid-month update — Sep 16 2020
Day of week: Wednesday
Time Posted: 2020-09-16 04:08:22 PM EST
Title: GME YOLO mid-month update — Sep 16 2020
---------------------------

Title: GME YOLO update — Sep 22 2020
Day of week: Tuesday
Time Posted: 2020-09-22 04:30:03 PM EST
Title: GME YOLO update — Sep 22 2020
--------------------------
Title: GME YOLO month-end update — Sep 2020
Day of week: Wednesday
Time Posted: 2020-09-30 04:32:49 PM EST
Title: GME YOLO month-end update — Sep 2020
--------------------------
Title: GME YOLO update — Oct 8 2020
Day of week: Thursday
Time Posted: 2020-10-08 04:10:31 PM EST
Title: GME YOLO update — Oct 8 2020
--------------------------
Title: GME YOLO mid-month update — Oct 15 2020
Day of week: Thursday
Time Posted: 2020-10-15 04:06:21 PM EST
Title: GME YOLO mid-month update — Oct 15 2020
--------------------------
Title: GME YOLO update — Oct 22 2020
Day of week: Thursday
Time Posted: 2020-10-22 04:31:14 PM EST
Title: GME YOLO update — Oct 22 2020
--------------------------
Title: GME YOLO month-end update — Oct 2020
Day of week: Friday
Time Posted: 2020-10-30 04:05:36 PM EST
Title: GME YOLO month-end update — Oct 2020
--------------------------
Title: GME YOLO update — Nov 5 2020
Day of week: Thursday
Time Posted: 2020-11-05 04:08:15 PM EST
Title: GME YOLO update — Nov 5 2020
--------------------------
Title: GME YOLO update — Nov 12 2020
Day of week: Thursday
Time Posted: 2020-11-12 04:11:39 PM EST
Title: GME YOLO update — Nov 12 2020
--------------------------
Title: GME YOLO update — Nov 19 2020
Day of week: Thursday
Time Posted: 2020-11-19 04:03:59 PM EST
Title: GME YOLO update — Nov 19 2020
--------------------------
Title: GME YOLO update — Nov 25 2020
Day of week: Wednesday
Time Posted: 2020-11-25 04:11:25 PM EST

Title: GME YOLO update — Nov 25 2020
\---------------------------
Title: GME YOLO month-end update — Nov 2020
Day of week: Monday
Time Posted: 2020-11-30 04:09:18 PM EST
Title: GME YOLO month-end update — Nov 2020
\---------------------------
Title: GME YOLO pre-Q3 earnings update — Dec 8 2020
Day of week: Tuesday
Time Posted: 2020-12-08 04:13:29 PM EST
Title: GME YOLO pre-Q3 earnings update — Dec 8 2020
\---------------------------
Title: GME YOLO post-Q3 earnings update — Dec 9 2020
Day of week: Wednesday
Time Posted: 2020-12-09 04:04:24 PM EST
Title: GME YOLO post-Q3 earnings update — Dec 9 2020
\---------------------------
Title: GME YOLO update — Dec 17 2020
Day of week: Thursday
Time Posted: 2020-12-17 04:05:42 PM EST
Title: GME YOLO update — Dec 17 2020
\---------------------------
Title: GME YOLO update — Dec 22 2020
Day of week: Tuesday
Time Posted: 2020-12-22 04:03:14 PM EST
Title: GME YOLO update — Dec 22 2020
\---------------------------
Title: GME YOLO update — Dec 23 2020
Day of week: Wednesday
Time Posted: 2020-12-23 04:06:12 PM EST
Title: GME YOLO update — Dec 23 2020
\---------------------------
Title: GME YOLO Christmas update — Dec 25 2020
Day of week: Friday
Time Posted: 2020-12-25 10:10:08 AM EST
Title: GME YOLO Christmas update — Dec 25 2020
\---------------------------
Title: GME YOLO year-end update — Dec 31 2020
Day of week: Thursday
Time Posted: 2020-12-31 04:05:56 PM EST
Title: GME YOLO year-end update — Dec 31 2020
\---------------------------
Title: GME YOLO update — Jan 5 2021
Day of week: Tuesday
Time Posted: 2021-01-05 04:05:25 PM EST
Title: GME YOLO update — Jan 5 2021
\---------------------------
Title: GME YOLO update — Jan 11 2021

Day of week: Monday
Time Posted: 2021-01-11 04:03:49 PM EST
Title: GME YOLO update — Jan 11 2021
--------------------------
Title: GME YOLO update — Jan 13 2021
Day of week: Wednesday
Time Posted: 2021-01-13 04:04:19 PM EST
Title: GME YOLO update — Jan 13 2021
--------------------------
Title: GME YOLO update — Jan 14 2021
Day of week: Thursday
Time Posted: 2021-01-14 04:03:13 PM EST
Title: GME YOLO update — Jan 14 2021
--------------------------
Title: GME YOLO update — Jan 19 2021
Day of week: Tuesday
Time Posted: 2021-01-19 04:05:55 PM EST
Title: GME YOLO update — Jan 19 2021
--------------------------
Title: GME YOLO update — Jan 22 2021
Day of week: Friday
Time Posted: 2021-01-22 04:14:08 PM EST
Title: GME YOLO update — Jan 22 2021
--------------------------
Title: GME YOLO update — Jan 25 2021
Day of week: Monday
Time Posted: 2021-01-25 04:05:36 PM EST
Title: GME YOLO update — Jan 25 2021
--------------------------
Title: GME YOLO update — Jan 26 2021
Day of week: Tuesday
Time Posted: 2021-01-26 04:08:03 PM EST
Title: GME YOLO update — Jan 26 2021
--------------------------
Title: GME YOLO update — Jan 27 2021 --------------------------------------- guess i need 102 characters in title now
Day of week: Wednesday
Time Posted: 2021-01-27 04:15:35 PM EST
Title: GME YOLO update — Jan 27 2021 --------------------------------------- guess i need 102 characters in title now
--------------------------

Process finished with exit code 0