COURT NAME

JURISDICTION

| PLAINTIFF'S NAME, | Case No.: Number |
|---|---|
| Plaintiff, | |
| vs. | DECLARTION OF DOUGLAS ROSENBERG IN OPPOSITION TO MOTION TO DISMISS |
| MASS MUTUAL | |
| Defendant | |

Type body of pleading here.

Dated this day of Month, year.

My name is Douglas Rosenberg and I am the Plaintiff in this Case.  I am a very private and I have not mentioned this to the court until now.  As a result of the two events short squeeze events in GME, , I lost 90% of my life savings and all of my inheritances from 2016. My sleep patterns dramatically worsened, my depression became  extreme and I have had suicidal thoughts for the first time, I stopped exercising for several months although ihave subsequently resumed exerciseing.  I gained 20 immediately after both of these event.  the  stress brought on

DECLARTION OF DOUGLAS ROSENBERGIN OPPOSITION TO MOTION TO DISMISS - 1

by the incidents . I stopped maintaining my oral hygiene and

subsequently had a very expensive root canal necessary on a rear molar.

I stopped

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/19/2023

*[signature: Douglas Rosenbergin]*

U

DECLARTION OF DOUGLAS ROSENBERGIN OPPOSITION TO MOTION TO DISMISS - 2