UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>     Plaintiff,<br><br>  v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>     Defendants. | NO 1:23-cv-10441-FDS<br><br>MOTION TO EXTEND TIME TO SERVE DEFENDANT KEITH GILL BY 30 DAYS |

Plaintiff sent via tracked USPS Priority Mail to the US Marshall in Boston, the Summons, the completed and signed USM-285, the Complaint and exhibits in this case and the required deadline. See proof of receipt below.

The mailing was received by the US Marshall in Boston on Nov 13th,2024.

Plaintiff has called US Marshall several times but only reached Voicemail when he selected Civil Service. Each time Plaintiff left a Voicemail. Nobody has responded

1:23-cv-10441-FDS

with a return call.

Unforuntately, it does not appear as if the US Marshall has affected the Service of Process. Plaintiff understands that US Marshall has many higher priorities such as catching international fugitives.

Plaintiff respectfully requests an additional 30 days in which either Plaintiff will either encourage the US Marshall to serve the Complaint or Plaintiff will pay for a private service to serve the Complaint.



1:23-cv-10441-FDS



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Date: 11/28/23


Pro Se

*[signature]*

Douglas Rosenberg