UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DOUGLAS ROSENBERG,                              :

                 Plaintiff,         :   Civil Action
                                                     No. 23-10441-FDS
      v.                                          :

KEITH PATRICK GILL, MML INVESTORS    :
SERVICES, LLC, AND MASSACHUSETTS
MUTUAL LIFE INSURANCE CO.,                  :

                Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MASSMUTUAL DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER
SUPPORT OF MASSMUTUAL DEFENDANTS' MOTION TO DISMISS**

        Pursuant to D. Mass. Local Rule 7.1(B)(3), Defendants Massachusetts Mutual Life Insurance Company ("MassMutual") and MML Investors Services, LLC ("MMLIS") (collectively, the "MassMutual Defendants") respectfully move this Court for leave to file a five-page reply memorandum in further support of the MassMutual Defendants' pending Motion to Dismiss the Amended Complaint (the "Motion To Dismiss").  In support thereof, the MassMutual Defendants state as follows:

        1.      On October 23, 2023, the MassMutual Defendants filed their Motion To Dismiss, which was accompanied by a twenty-page memorandum of law.  (ECF Nos. 42-44.)

        2.      On November 2, 2022, Plaintiff requested a two-week extension on his deadline to respond to the MassMutual Defendants' Motion to Dismiss from November 4, 2023 to November 20, 2023.  (ECF No. 46.)

3. On November 20, 2023, Plaintiff requested a further four-day extension on his deadline to respond to the MassMutual Defendants' Motion to Dismiss from November 20, 2023 to November 24, 2023, which this Court granted on November 21, 2023.  (ECF Nos. 47-48.)

4. On November 27, 2023, Plaintiff filed a ten-page response in opposition to the MassMutual Defendants' Motion to Dismiss.  (ECF No. 50.)

5. The MassMutual Defendants' proposed five-page reply memorandum, attached hereto as Exhibit 1, concisely addresses Plaintiff's principal arguments and authorities contained in his ten-page response.  The MassMutual Defendants respectfully submit that these arguments were reasonably not anticipated in the MassMutual Defendants' Motion to Dismiss because they rest on allegations that were not articulated fully in the Amended Complaint or advance erroneous interpretation of the applicable law.

6. The MassMutual Defendants respectfully submit that the proposed reply will be helpful to the Court in resolving the MassMutual Defendants' pending Motion To Dismiss.

## CONCLUSION

For the foregoing reasons, the MassMutual Defendants respectfully request that this Court grant leave to file the proposed reply memorandum submitted herewith.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for the MassMutual Defendants' conferred with Plaintiff in a good faith attempt to resolve or narrow the issues in this motion and that Plaintiff advised that Plaintiff does not oppose this motion.

|  |  |  |
|---|---|---|
| Dated: | December 6, 2023<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>Vasundhara Prasad (BBO #705774)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>vasundhara.prasad@skadden.com<br><br>*Counsel for Defendants*<br>*Massachusetts Mutual Life Insurance Co. and MML*<br>*Investors Services, LLC* |