## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Douglas Rosenberg

               Plaintiff,

     v.

KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.

               Defendants.

**NO 1:23-cv-10441-FDS**
**MOTION TO ALLOW SERVICE BY PUBLICATION**

Pursuant to Federal Court Rule 27 -2, Plaintiff requests permission of the Court to allow Service by Publication of Defendant Gill.

Plaintiff has already paid two Services for a valid Service address for Defendant Gill.

Plaintiff has paid over $80 in total to get such   services: Here is the receipt from one of them

| Posted Transactions | | | |
|---|---|---|---|
| ⊕ | 12/12/23 | PURCHASE AUTHORIZED ON 12/11 US SEARCH 954-757-6070 FL S303345805358033 CARD 5361 | $79.95 |

.

Both services indicated the current address of Defendant Gill is 8 CHANDLER RD, WILMINGTON, MA 01887-2449. The US Marshall attempted service at that Address.

However, when the Boston US Marshall Service attempted process service at this address three times. Finally the Marshall Service was told that the Plaintiff had moved. Any new Address was not indicated on the Skip Tracing Form.

On the Addresses listed on the Skip tracing Service, Defendant Gill was using a UPS Box to register his Vehicle

After repeated calls to the Skip Tracing service for a better address, Plaintiff was told they have the most complete databases and that Plaintiff should not spend any more money on skip tracing.

It is Plaintiff's opinion that the Defendant   is aware of the case but is making himself difficult to serve. Without the Plaintiff spending 1000's of dollars for a Private Detective, to track down Defendant Mr. Gill, it may be impossible to serve Mr. Gill personally.

Plaintiff respectful requests time and allowance of the Court to serve Mr. Gill via Publication. If the court declines to allow for such Service by Publication, Plaintiff respectfully requests an additional 60 days to do additional investigation into Mr. Gill's whereabouts. Plaintiff would like the Court to be aware that Mr. Gill made approximately 48  Million dollars in his manipulation of GME stock according to publications and thus Mr. Gill has resources far beyond the plaintiff to conceal himself then the Plaintiff who is living at the poverty level and is without even an Attorney.

According to a screenshot he posted mid-day on January 27th, 2021, near the peak of the short squeeze, Gill held 50,000 shares of GameStop, then valued at around $17.4 million, 500 $12-strike-price call options, then valued at around $16.8 million, and around $13.8 million in cash, for a total of around $47.9 million.

## How much did Keith Gill make from GameStop?

He initially purchased $53,000 worth of GameStop stock in 2019. At the height of the GameStop surge, Gill's stock was valued at $48 million. Gill retreated from public life in 2021, with no indication of what he's doing now.

⚠ Takedown request | View complete answer on Investopedia.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Date: 12/14/23

Pro Se

Douglas Rosenberg