UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>            Plaintiff,<br><br>    v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.<br><br>            Defendants. | NO 1:23-cv-10441-FDS<br><br>EX-PARTE MOTION TO ALLOW SERVICE BY PUBLICATION OF DEFENDANT KEITH GILL |

The court has considered the motion of Plaintiff. Plaintiff shows a valid reason for proof by publication. The Summons may be served by publication in a newspaper of general circulation in this county once a week for three weeks. Proof of publication must be filed with the court. The Plaintiff is allowed 60 days to accomplish this

DATE                              Judge

4