### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

Douglas Rosenberg

                Plaintiff,

      v.

KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.

                Defendants.

**. NO 1:23-cv-10441-FDS**

**Certificate/Proof of Service on Keith Patrick Gill**

My name is:

 Linda Mattos,

15790 Redmond Way

Redmond, WA 98052

United States

206-414-2192

 I am over the age of 18 and not a party to this case.

On 1/30/2024 I emailed  Keith Patrick Gill at all his known email addresses a true copy of the

Complaint and summons in this case to the following email addresses which were indicated by

the skip tracing service  "US Record Search" to be Keith Gill's

**1:23-cv-10441-FDS**

```
Possible Email Addresses:

cageykpg@gmail.com (62%)
kgill6886@dailymp3mail.com (58%)
nepatsfanalways@aol.com (40%)
mackin23@gmail.com (40%)
```

1. cageykpg@gmail.com

2. kgill6886@dailymp3mail.com,n

3. epatsfanalways@aol.com,

4. mackin23@gmail.com


See attached Skip Tracing report

All except email #3 were not bounced by the recipient and appear to be active.


On 1/31/2024 I texted the  compressed DropBox link: https://shorturl.at/adiDV containing the

Summons and Complaint

To the following numbers that are indicated on the Skip tracing report to be Keith Gills:


```
Best Numbers to call for subject:

(508) 584-7459 (ET) Land Line (100%)
(508) 846-4682 (ET) Mobile (100%)
(508) 565-4262 (ET) Mobile (39%)
```


All of the n umbers appeared to be active as not responded with an answer that the message

could not be delivered

On 01/31/24 I mailed a true copy of the summons and complaint to Keith P. Gill's last known address: 8 CHANDLER RD, WILMINGTON, MA 01887-2449
by USPS Mail

On 01/31/24 I mailed a second true copy of the summons and complaint to Keith P. Gill's last

known address: 8 CHANDLER RD, WILMINGTON, MA 01887-2449 by USPS Mail,

Signature Confirmation required.

I declare under penalty of perjury under the laws of the United States of America that *the foregoing is*

*true and correct*.

Linda Mattos

1/31/2024

# Skip Trace Report including Relatives

Subject Information:
Name: KEITH PATRICK GILL

Date of Birth: XX/XX/1986 Born 36 Years Ago
Gender: Male
SSN: XXX-XX-XXXX, issued in

Possible Employers: (None Found)

Best Addresses to mail:

8 CHANDLER RD, WILMINGTON, MA 01887-2449 (MIDDLESEX COUNTY) (08/2019 to
12/12/2023)
25 MAIN ST STE 2, NORTH READING, MA 01864-2357 (MIDDLESEX COUNTY) (06/17/2021 to
04/07/2023)
PO BOX 39, NORTH READING, MA 01864-0039 (MIDDLESEX COUNTY) (06/17/2021 to
04/01/2023)
47 LEAVITT ST APT 1, BROCKTON, MA 02301-5363 (PLYMOUTH COUNTY) (02/06/2020)

Possible Email Addresses:

cageykpg@gmail.com (62%)
kgill6886@dailymp3mail.com (58%)
nepatsfanalways@aol.com (40%)
mackin23@gmail.com (40%)

Best Numbers to call for subject:

(508) 584-7459 (ET) Land Line (100%)
(508) 846-4682 (ET) Mobile (100%)
(508) 565-4262 (ET) Mobile (39%)

**The Rest is redacted as not relevant and contains private information about non-defendant**