AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| DOUGLAS ROSENBERG | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10441-FDS |
| KEITH PATRICK GILL et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEITH PATRICK GILL                                                                                                      .

Date:   02/05/2024

/s/ Christopher R. MacColl
*Attorney's signature*

Christopher R. MacColl (BBO #706164)
*Printed name and bar number*

1800 M Street STE 1000
Washington, D.C. 20036

*Address*

cmaccoll@zuckerman.com
*E-mail address*

(202) 778-1849
*Telephone number*

(202) 822-8106
*FAX number*