# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG,<br><br>                Plaintiff,<br><br>        v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>                Defendants. | Civil Action<br>No. 23-10441-FDS |

## WAIVER OF SERVICE OF SUMMONS AND STIPULATION

Defendant Keith Patrick Gill received a request to waive service of a summons in this action from *Pro Se* Plaintiff Douglas Rosenberg on February 2, 2024.  Mr. Gill does hereby waive service of the summons pursuant to Federal Rule of Civil Procedure 4(d) to save the expense of service.

The time for Mr. Gill to answer or otherwise respond to the First Amended Complaint shall be extended to April 2, 2024, consistent with Rule 4(d).

Dated: February 5, 2024

/s/ Douglas Rosenberg
*pro se*
12606 Se 42 Street
Bellevue, WA 98006
206-414-2192
rosenbergdouglas@gmail.com

/s/ Christopher R. MacColl
William W. Taylor, III, *pro hac* forthcoming
Christopher R. MacColl (BBO #706164)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, STE 1000
Washington, D.C. 20036
202-778-1849
wtaylor@zuckerman.com
cmaccoll@zuckerman.com

*attorneys for Keith Patrick Gill*