UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG,<br><br>Plaintiff,<br><br>v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>Defendants. | Civil Action No.<br>23-10441-FDS |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Defendant Keith Patrick Gill moves that attorney William W. Taylor, III of Zuckerman Spaeder LLP, 1800 M Street NW, Washington, D.C. 20036 be permitted to appear *pro hac vice* in association with the undersigned. In support of this motion, we submit as follows:

1. Mr. Taylor is a Senior Counsel at the law firm Zuckerman Spaeder LLP. He is a member in good standing with the bar of the District of Columbia and an inactive member otherwise in good standing with the North Carolina State Bar. Mr. Taylor has also been admitted to the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the District of Columbia Circuit, and the Second, Fourth, Fifth, and Eleventh Circuits, and the U.S. District Courts for the Districts of the District of Columbia, the District of Maryland, and the Northern District of New York. The are no disciplinary proceedings pending against Mr. Taylor in any jurisdiction.

2. Mr. Taylor is familiar with the rules of this court.

3. Mr. MacColl is a member of the bar of this court, has filed an appearance, and will continue to represent Mr. Gill in this action.

WHEREFORE, Defendant Keith Patrick Gill moves for the admission of William W. Taylor, III *pro hac vice* for the purposes of representing him in this action.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that he emailed Plaintiff Douglas Rosenberg regarding this motion on February 12, 2024 in a good faith attempt to obtain consent for this motion.  Undersigned counsel followed that email up with a call on February 13, 2024 and left a detailed voicemail.  Mr. Rosenberg did not respond.

Dated: February 14, 2024

Respectfully Submitted,

/s/ Christopher R. MacColl
Christopher R. MacColl (BBO #706164)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, STE 1000
Washington, D.C. 20036
202-778-1849
cmaccoll@zuckerman.com

*counsel for Keith Patrick Gill*