UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG,<br><br>                 Plaintiff,<br><br>v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>                 Defendants. | Civil Action No.<br>23-10441-FDS |

**CERTIFICATION OF WILLIAM W. TAYLOR, III IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admission and have personal knowledge of the facts stated herein.

2. I am a Senior Counsel with the law firm Zuckerman Spaeder LLP, 1800 M Street NW, Washington, D.C. 20036.

3. Defendant Keith Patrick Gill has requested that I appear to represent him in the above captioned matter.

4. I am a member in good standing with the District of Columbia Bar and an inactive member otherwise in good standing with the North Carolina State Bar. I have also been admitted to the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the District of Columbia Circuit, and the Second, Fourth, Fifth, and Eleventh Circuits, and the U.S. District Courts for the Districts of the District of Columbia, the District of Maryland, and the Northern District of New York.

5. The are no disciplinary proceedings pending against me in any jurisdiction.

6. I have not had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

7. I have read and agree to comply with the local rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2024.

_____
William W. Taylor, III
ZUCKERMAN SPAEDER LLP
1800 M Street NW, STE 1000
Washington, D.C. 20036
202-778-1800
wtaylor@zuckerman.com