UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>　　　　　　Defendants. | Civil Action No.<br>23-10441-FDS<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT KEITH PATRICK GILL'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 9(b) and 12(b)(6), Defendant Keith Patrick Gill hereby moves to dismiss the Amended Complaint (ECF No. 38) filed by *pro se* Plaintiff Douglas Rosenberg with prejudice. The grounds for this motion are set forth in Mr. Gill's memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the Mr. Gill respectfully requests oral argument on this motion.

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel hereby certifies that he conferred with Plaintiff Douglas Rosenberg on February 2 regarding waiver of service and indicated that this response to the claims would be forthcoming.  Mr. Rosenberg indicated that he believed his claims against Mr. Gill were strong. In a further good faith attempt to confer and narrow the issues in this motion, undersigned counsel reached out to Mr. Rosenberg by email on February 12, 2024, and again on February 13, 2024, leaving a detailed voicemail.  Mr. Rosenberg has not responded.

Dated: February 14, 2024

Respectfully Submitted,

/s/ Christopher R. MacColl
William W. Taylor, III, *pro hac* forthcoming
Christopher R. MacColl (BBO #706164)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, STE 1000
Washington, D.C. 20036
202-778-1849
wtaylor@zuckerman.com
cmaccoll@zuckerman.com

*Counsel for Keith Patrick Gill*