AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| DOUGLAS ROSENBERG ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-10441-FDS |
| KEITH PATRICK GILL et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEITH PATRICK GILL                                                                                   .

Date:   02/15/2024                              /s/ William W. Taylor, III
                                                 *Attorney's signature*

                                                 William W. Taylor, III, pro hac vice granted
                                                 *Printed name and bar number*

                                                 1800 M Street Suite 1000
                                                 Washington, D.C. 20036
                                                 *Address*

                                                 wtaylor@zuckerman.com
                                                 *E-mail address*

                                                 (202) 778-1810
                                                 *Telephone number*

                                                 (202) 822-8106
                                                 *FAX number*