## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Douglas Rosenberg

               Plaintiff,

      v.

KEITH PATRICK GILL SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE, MML INVESTORS CO.

               Defendants.

**. NO 1:23-cv-10441-FDS**
**Note of Motion**
Motion to Extend Time to Respond to Motion To Dismiss

Plaintiff's response to the Motion to Dismiss by Defendant Gill is currently due February 28th, 2024

Pursuant to Rule `6 and other rules Plaintiff respectfully requests an extension of time till April 28th, 2024 to respond to the Motion to Dismiss.

Defendant's counsel for KEITH PATRICK GILL CO has agreed not to oppose this request.

Plaintiff needs additional time to properly examine the issues and to decide how to respond and to seek legal assistance.. These issues would be extremely complicated even for an Attorney. Additionally, Plaintiff is suffering from a recent back injury, vision problems and a disability on his cervical spine.

He is also taking care of his disabled sister and he has other legal matters.

So far Plaintiff has been unable to find any legal help for this matter. This is partly because this Court Case is in another State of which Plaintiff is not a resident, partly because Attorneys who take on such cases charge $900/hours and partly because this is an extremely difficult case which would involve setting precedents in the law. Plaintiff also intends to file another

**1:23-cv-10441-FDS**

motion for appointment of an attorney with the Court. There is the old age question : Would you rather fight against a horse sized duck or a 100 duck sized horses. Here Plaintiff Is up against the conventional wisdom that thinks it is fine that 10 Million duck-size horses can gang up against Plaintiff.

Respectfully Submitted under penalty of Perjury

Date: 02/23//24

Pro Se

Douglas Rosenberg