# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH PATRICK GILL SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE, MML INVESTORS CO.<br><br>　　　　　　Defendants. | . NO 1:23-cv-10441-FDS<br>**Note of Motion**<br>Motion to Extend Time to Respond to Motion To Dismiss or Amend Complaint |

Plaintiff's response to the Motion to Dismiss by Defendant Gill is currently due April1, 2024.

Plaintiff hired two "International Attorneys" to assist him off of Fiverr and UpWork who said they could help him draft response or Amend Complaint but neither provided anything at all.

Plaintiff is aware of the Court requiring new evidence to amend and the Plaintiff believes he has uncovered such new evidence.

Additionally, Plaintiff had to rush his sister's Cat Cisco for Emergency surgery to save its life and subsequently Plaintiff had to adopt and stay up all night taking care of Cisco giving it Subq Fluids and medicine

Additionally,

Date: 03/29//24

**1:23-cv-10441-FDS**



**Cisco the Cat**

**1:23-cv-10441-FDS**



Fiverr Order

1:23-cv-10441-FDS

ssist Plaintiff

UpWork Order

Dated 03/29/2024

Pro Se

Douglas Rosenberg

1:23-cv-10441-FDS

Case 1:23-cv-10441-FDS   Document 74   Filed 03/29/24   Page 5 of 5