# Collusion Indicators in the GameStop Short Squeeze

Michael J Campbell

*Aurislink*

**Abstract**

A new theory and model of the stock market that incorporates decision noise in the spirit of behavioral economics, collaboration in the spirit of experimental economics, and financial data and features in the spirit of econophysics are used to support a theory that collusion should lower the level of decision noise. This idea is used to find two rare indicators of the GameStop short squeeze – one of which occurred six days before the rapid price increase, which could have potentially reduced the over $19 billion in losses of short sellers by a significant amount. The relationship predicted by the model between temperature and aggregate volume has been validated by data from the GameStop short squeeze.

*Keywords:* GameStop, meme stock, Reddit, short squeeze, WallStreetBets

## 1. Introduction

The GameStop short squeeze happened during January 2021 and made news because hedge funds lost 19.75 billion (US) dollars during that month [1]. One of the worst losses was by the hedge fund Melvin, which lost 53 percent of its investments by January 28, 2021 [2] and eventually closed down [3]. To understand what happened, we have to consider the Reddit forum r/WallStreetBets, where stock traders coordinated their behavior to drive the stock price up and fuel the short squeeze.

Among stock traders, a common strategy can be used by many agents which results in coordinated behavior among them even though they do not share information among themselves. In the study of industrial organization, this process is the well-known phenomenon of *tacit collusion*, which in [4] is defined as:

> *In oligopolistic industries, firms tend to be interdependent in their pricing and output decisions so that the actions of each firm impact on and result in a counter response by the other firm(s). In such circumstances, oligopolistic firms may take their rivals' actions into account and coordinate their actions as if they were a cartel without an explicit or overt agreement.*

The term *collusion* in lay language often implies illegal behavior, such as when information is shared via combinations, conspiracies, or agreements among sellers to raise or fix prices and to reduce output to increase profits. But in economics, collusion need not imply illegal behavior, as defined in [5]:

---

*Email address:* michaeljcampbell@outlook.com (Michael J Campbell)

Preprint submitted to Elsevier                                                                                                      December 29, 2022

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=4359900

> *Although collusive practices are not restricted to the economic relationships of a well-defined sub-group in society, it is common to use the term collusion in the context of cooperative activity between different firms.*

Indeed, such (legal) collusion in the wine industry as it is related to Veblen goods is described in [6], which foresaw the collusion among traders in social media during short squeezes that have happened with several stocks more recently – there was an increasing demand in both cases [1] (as price increases during a short squeeze, loss thresholds are surpassed for more short sellers, and more of them will buy to cut their losses). Stock traders in the social media group "WallStreetBets" on the website "reddit.com" cooperated to drive up prices on the stock "GameStop" to create a short squeeze whereupon some members profited. These traders colluded by the definition above, but since their coordinating information and agreements were available to the public on a social media forum, nothing was done in secret and no misinformation was being spread [7]. Furthermore, as individuals, these traders have a negligible effect on the market and individually do not harm rivals (c.f. [8], "type II" collusion). As such, their actions as individuals were not considered illegal – this follows from the fact that nobody in the group was prosecuted for the short squeeze that occurred. It should not be surprising that subsequent collusion to create short squeezes has occurred – AMC and Longeveron are examples – in light of findings in experimental economics that cooperation among interacting agents tends to increase over time (c.f., page 277 of [9]), which is consistent with the findings in [6] in the context of [10].

A model was built on this idea in [11] which has the following features:

1. A stochastic P.D.E. is used to model myopic optimal decision-making that includes "noise" in the spirit of behavioral economics [12]. The stationary state is the Gibbs measure, from equilibrium statistical mechanics, which generalizes the Nash equilibrium – Nash occurs at zero temperature.

2. Advertent or inadvertent collaboration/collusion via strategy coordination – such as what happened with WallStreetBets, a common algorithm that people follow [13, 14], or an "expert" who announces a trade after which many people follow and do the same trade – and these collusive groups can have a size from one to ten-thousand traders. Such coordination is in the spirit of recent developments in experimental economics [10, 15].

3. Decision groups are aggregated as a mixture model of Gibbs measures to represent sampling from the time series of trades. The data used to create the model comes from measurements done in econophysics papers, e.g., [16, 17]. The model produces power-law tails observed in market data.

4. Decision noise is connected to stocks via the aggregate volume $Q$ for a stock, which is a sum of trades from all agents in a window that is a factor of the maximum mean time between trades for that stock. As a result, stocks have associated temperatures, such as the stock AT&T having a temperature of 0.376\$ (this is the SHah temperature scale [11]). The exponent for the complementary CDF of $Q$ is an order parameter with an associated phase transition.

5. The mixture model includes "hot-hand" behavior (increasing demand) as well as "reversion-to-the-mean" behavior (decreasing demand). It was found that hot-hand behavior results in heavier tails than reversion-to-the-mean. The work in [6] shows that

---

[1] Neoclassical economics, via the Nash equilibrium, does *not* predict this collusion. It is only when noise is added to decisions, which generalizes the Nash equilibrium with the Gibbs equilibrium, does collusion become advantageous among agents.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=4359900

collusion is instigated by positive correlations of payoffs in the hot-hand component of the mixture model.

A prediction made in 2005 was that collusion should lower the temperature of a stock (c.f. footnote 5 of [18]). We will show that to be the case for the GameStop short squeeze of 2021. It has been shown in the econophysics literature that $Q$ has a power law distribution [16], and this is reproduced by the model in [11]. Temperature curves for several stocks were constructed in [11] and have the property that the hot-hand component of $Q$ has a power law distribution with an exponent that is a decreasing function of temperature. Thus, the building collusion during the GameStop short squeeze should result in decreasing temperature visible by an increasing exponent value for $Q$. We will also test for an early indicator of the short squeeze and determine if that indicator is a rare event – analogous to a car alarm that only goes off when someone tries to break in as opposed to when anyone touches the car.

## 2. Preliminaries

We will examine the analytics of the GameStop short squeeze to determine three date intervals of interest in Figure 1 and Figure 2.



(a) There is an early volume surge on January 13, decreasing significantly by January 15.

(b) The rapid price increase started on January 21.

Figure 1: GME stock analytics

## 3. Results

Here we examine the statistics for the aggregate volume $Q$ of the GameStop stock from the New York Stock Exchange data.

In Figure 3, the 'middle tail' used the range of $Q$ values with the logarithm of the complementary CDF of $Q$ between $-4$ and $-2$ to compute the exponent of the complementary CDF of $Q$ (a range in $Q$ of about 50K to 150K trades in a 40-second period[2]), whereas the 'end tail' used the $Q$-values from the 50th-to-the-last to the 20th-to-the-last (a range in $Q$ of about 275K to 400K trades in a 40-second period).

---

[2]The maximum mean-time-between-trades for GameStop for all of January and February was used and multiplied by a factor of 22.1567 to get a window of 40 seconds. This same procedure was used for the sample of stocks to get windows for $Q$ in Section 3.1.

3

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=4359900



(a) Subscriber number had very rapid growth before February 2, slowing significantly after.

(b) Comments surged at the end of January, and returned to earlier values by February 6.

Figure 2: Reddit forum analytics for group r/WallStreetBets [19]



(a) Exponents using the middle tail.

(b) Exponents using the end of the tail.

Figure 3: Statistics for Q – Note the large increase from January 13 to January 19 in (a).

4

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=4359900



(a) The large increase in price in Figure 1b at the beginning of the red period suggests that hot-hand trading, for which we expect increasing collusion to result in an increasing exponent according to the theory in [18]. This graph suggests that hot-hand behavior is captured in the middle tail. Note the consistency with increasing subscribers from Figure 2a. The slope, $m = 0.013994$ (change in exponent over change in number of days; standard error = 0.001194) is highly significant to a level less than 0.001, and the fit has an R-squared value of 0.8258.



(b) The large decrease in price in Figure 1b at the end of the red period suggests that reversion-to-the-mean trading, for which we expect increasing collusion to result in a decreasing exponent according to the theory in [18], which happens in the blue and red periods. This graph suggests that reversion-to-the-mean behavior is captured in the end tail. In the black period, we see hot-hand behavior dominating, which is what should happen when there is a return of balance between hot-hand and reversion-to-the-mean (hot-hand tails are heavier and should dominate). Note the consistency with price returning to a more normal pattern in the black region of Figure 1b.

Figure 4: 8-Day Moving Mean of Exponent for Complementary CDF of Q

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=4359900

*3.1. Indicators and Their Rarity*

We consider two indicators. The first is the increase in the exponent in Figure 3a from January 13 to January 19, which was $3.47s$, where $s$ is the standard deviation of the previous 8 market days (including the start day of the increase) from January 4 to January 13. We call this indicator $I_1$, which is the number of standard deviations (of the preceding 8 days) of a four-day increase[3]. The second indicator is the slope of the mid-tail best fit line in Figure 4b over January and February. We call this indicator $I_2$, which for GameStop was 0.013994 with a standard error of 0.001194, being highly significant to a level less than 0.001 with an R-squared value of 0.8258.

A random sample of 500 stocks was chosen, and then the subset of cases that had at least 40 different values of $Q$ was used (sample size $n = 162$) to ensure a good tail estimate. The tails were estimated with a linear fit using the 20th-to-last to 5th-to-last values of $Q$, and these tended to be a good estimate of the mid-tail region.

The first indicator was tested for each of the 162 sample stocks from market days 8 to 35 during January and February. Thus, there were 4536 measurements for this indicator. A four-day increase greater than or equal to 3.47 standard deviations of the preceding 8 days occurred at a frequency of 1.036155 percent, making this a rare event, and therefore a good indicator.

The second indicator was tested for all 162 stocks in the sample, and only 9.26% had slopes that were greater than or equal to that for GameStop – call this the 'high subset'. The special feature of GameStop is that its R-squared value was the largest of all of those in the high subset. The mean R-squared value for the slopes in the high subset is 0.5937 with a standard deviation of 0.1625. The maximum R-squared value in the high subset is 0.8002. Hence, we see that the R-squared value for GameStop, 0.8258, is larger than all of those in the high subset and is 1.42 standard deviations above the mean.

## 4. Conclusion

We have used a recent model of the stock market that incorporates ideas from behavioral and experimental economics to support the theory that collusion should result in decreasing decision noise among traders. This idea was used to propose two indicators of collusive behavior in the GameStop short squeeze, which occur rarely among other stocks: $I_1$ occurred six days before the rapid price increase, which could have potentially reduced the losses of shorter sellers by a significant amount. Future work could be to test these indicators in other short squeezes.

## Acknowledgments

I dedicate this paper to my daughters Sophia Campbell and Hannah Campbell for their creativity, inspiration, and support. For example, listen to and share https://open.spotify.com/album/0MTiQVP8bXmXOlaaQcWcld?si=x5F-HEV-QZ61Hsbl0y0YHA ( or youtube https://www.youtube.com/playlist?list=OLAK5uy_moPcDt1slvfJmPI-5U-gYMmSSOisBU0Ow, 80 video https://www.youtube.com/watch?v=_unut4EV_Lo ). I also thank Andrew Lyon and Chapman University for their support in helping me to acquire high-frequency stock market data from the New York Stock Exchange.

---

[3]The first indicator is the value of the exponent on the fourth day minus the value on the first day – it doesn't test for monotonicity or sustain, which we see on January 13 in Figure 3a, which would make this indicator even rarer.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=4359900

## References

[1] T. Mathis, How much did hedge funds lose on gamestop?, Infinity Investing (Sep 2021).

[2] O. Aliaj, M. Mackenzie, L. Fletcher, Melvin capital, gamestop and the road to disaster, Financial Times (Feb 2021).

[3] M. Goldstein, K. Kelly, Melvin capital, hedge fund torpedoed by the gamestop frenzy, is shutting down, New York Times (May 2022).

[4] R. Khemani, O. Staff, O. de coopération et de développement économiques, O. for Economic Co-operation, D. O. Staff, D. Shapiro, C. pour la coopération avec les économies en transition, C. for Co-operation with European Economies in Transition, O. for Economic Co-operation, Development, Glossary of Industrial Organisation Economics and Competition Law, Organisation for Economic Co-operation and Development, 1993.
URL https://books.google.com/books?id=7bK6AAAAIAAJ

[5] K. Roberts, Collusion, in: The New Palgrave Dictionary of Economics, Palgrave Macmillan UK, London, 2016, pp. 1–5.
URL https://doi.org/10.1057/978-1-349-95121-5_22-1

[6] M. J. Campbell, Inevitability of collusion in a coopetitive bounded rational Cournot model with increasing demand, Journal of Mathematical Economics and Finance 2 (1) (2016) 7–20, iSSN 2458-0813.

[7] D. McConnel, Ethics of the gamestop short squeeze (2021).
URL http://blog.practicalethics.ox.ac.uk/2021/02/ethics-of-the-gamestop-short-squeeze

[8] R. Lande, H. Marvel, The three types of collusion: Fixing prices, rivals, and rules, no. 941, 2000.
URL https://ssrn.com/abstract=1134820

[9] V. L. Smith, Rationality in Economics: Constructivist and ecological forms, Cambridge University Press, 2007. doi:10.1017/CBO9780511754364.

[10] M. J. Campbell, V. L. Smith, An elementary humanomics approach to boundedly rational quadratic models, Physica A: Statistical Mechanics and its Applications 562 (2021) 125309. doi:https://doi.org/10.1016/j.physa.2020.125309.
URL https://www.sciencedirect.com/science/article/pii/S0378437120306907

[11] M. J. Campbell, Heavy-tailed distributions of volume and price-change resulting from strategy coordination and decision noise, Physica A: Statistical Mechanics and its Applications 607 (2022) 128211. doi:https://doi.org/10.1016/j.physa.2022.128211.
URL https://www.sciencedirect.com/science/article/pii/S0378437122007695

[12] D. Kahneman, O. Sibony, C. R. Sunstein, Noise: a flaw in human judgement, New York : Little, Brown Spark, 2021.

[13] F. Beneke, M.-O. Mackenrodt, Artificial intelligence and collusion, IIC - International Review of Intellectual Property and Competition Law 50 (2019) 109–134. doi:10.1007/s40319-018-00773-x.
URL https://doi.org/10.1007/s40319-018-00773-x

[14] F. Beneke, M.-O. Mackenrodt, Remedies for algorithmic tacit collusion, Journal of Antitrust Enforcement 9 (1) (2020) 152–176. arXiv:https://academic.oup.com/antitrust/article-pdf/9/1/152/37173873/jnaa040.pdf, doi:10.1093/jaenfo/jnaa040.
URL https://doi.org/10.1093/jaenfo/jnaa040

[15] V. L. Smith, B. J. Wilson, Humanomics: Moral Sentiments and the Wealth of Nations for the Twenty-First Century, Cambridge Studies in Economics, Choice, and Society, Cambridge University Press, 2019. doi:10.1017/9781108185561.

[16] V. Plerou, P. Gopikrishnan, L. A. N. Amaral, X. Gabaix, H. E. Stanley, Economic fluctuations and anomalous diffusion, Physical Review E 62 (3 A) (2000) R3023–R3026. doi:10.1103/PhysRevE.62.R3023.

[17] V. Plerou, P. Gopikrishnan, X. Gabaix, H. E. Stanley, Statistical properties of share volume traded in financial markets, Physical Review E 62 (4 A) (2000) R4493–R4496. doi:10.1103/PhysRevE.62.R4493.

[18] M. J. Campbell, A Gibbsian approach to potential game theory (2005).
URL http://arxiv.org/abs/cond-mat/0502112

[19] Subreddit Stats, Statistics for subreddit forum r/wallstreetbets.
URL https://subredditstats.com/r/wallstreetbets

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=4359900