# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>　　　　　　Defendants. | Civil Action No.<br>23-10441-FDS |

## DEFEDANT GILL'S MOTION TO STRIKE PLAINTIFF'S THIRD AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(f), Defendant Keith Patrick Gill hereby moves to strike *Pro Se* Plaintiff Douglas Rosenberg's Third Amended Complaint (ECF No. 76). The grounds for this motion are set forth in Mr. Gill's memorandum of law.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with Plaintiff Douglas Rosenberg regarding the relief requested by this motion. The parties were unable to resolve the issue.

Dated: April 12, 2024

Respectfully Submitted,

*/s/ Christopher R. MacColl*
William W. Taylor, III, *pro hac vice*
Christopher R. MacColl (BBO #706164)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, STE 1000
Washington, D.C. 20036
202-778-1849
wtaylor@zuckerman.com
cmaccoll@zuckerman.com

*counsel for Keith Patrick Gill*