UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ROSENBERG,<br><br>  Plaintiff,<br><br>v.<br><br>KEITH PATRICK GILL, MML INVESTORS SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>  Defendants. | Civil Action No.<br>23-10441-FDS |

# DECLARATION OF CHRISTOPHER R. MACCOLL IN SUPPORT OF DEFENDANT KEITH PATRICK GILL'S MOTION TO STRIKE

I, Christopher R. MacColl, declare as follows:

1. I am licensed to practice law in the Commonwealth of Massachusetts and a member of the bar of this Court. I represent Keith Patrick Gill in this action.

2. Exhibit A hereto are true and correct email exchanges with Plaintiff dated April 2-12, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2024 in Washington, District of Columbia.

*/s/ Christopher R. MacColl*
Christopher R. MacColl
(BBO #706164)