UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>Plaintiff,<br><br>v.<br><br>KEITH PATRICK GILL SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE, MML INVESTORS CO.<br><br>Defendants. | . NO 1:23-cv-10441-FDS<br>**Note of Motion**<br>Motion to Reconsideration Extend Time to Respond to Motion To Dismiss or Amend Complaint |

Plaintiff with all due respect had two reasons in his original Motion to extend time.

The first, the Court deemed as "Personal" to save Cisco the cat's life. Plaintiff will not elaborate on this since the Court deemed this "Personal".

The second reason had to do Plaintiff engaging two "International Attorneys" to write the Amended Complaint. As Plaintiff has already told the court in previous pleadings he is unable to afford the cost of US Attorneys hourly rate, unable to find a US Attorney who will take the case on Contingency and the plaintiff himself has a great deal of difficult writing the pleadings because of his advanced age, 67 , his lack of any legal training and his Autism. Therefore Plaintiff engaged one "International Attorney" from Pakistan and one "International Attorney " to write the Amended Complaint.

Both Attorneys delivered products late and in worse shape than the Plaintiff himself was able to deliver. One attorney removed facts instead of adding them and the attorney from "Upworkd" basically sent back the same document as before.

**1:23-cv-10441-FDS**

See Exhibit 1 for the Fiverr Attorney and Exhibit 2 for the UpWork attorney.

The Fiverr attorney then "abused" plaintiff when he said it was not of good quality:

And see below for a transcript of the legal discussions.

Based on the reasoning that Plaintiff's attorneys Failed him in this case, Plaintiff respectfully requests an extension of time.



1:23-cv-10441-FDS



Part of conversation with UpWork Attorney



Date: 03/29//24

**1:23-cv-10441-FDS**



**Cisco the Cat**

**1:23-cv-10441-FDS**



Fiverr Order

1:23-cv-10441-FDS

**Defeat Motion to Dismiss**

12:37 AM local time

Active  Waiting for you to fund a new milestone

Mar 24 - Present

UpWork Order

Dated 04/13/2024

Pro Se

*[signature]*

Douglas Rosenberg

1:23-cv-10441-FDS