UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOUGLAS ROSENBERG,<br><br>Plaintiff,<br><br>v.<br><br>MASS MUTUAL LIFE INSURANCE CO., et al.,<br><br>Defendants. | Civil Action No.<br>23-10441-FDS |

ORDER ON DEFENDANT GILL'S
**MOTION TO STRIKE**

**SAYLOR, C.J.**

On April 10, 2024, plaintiff filed a proposed third amended complaint, without requesting leave to do so, and 55 days after defendant moved to dismiss the second amended complaint.

Under Rule 15(a), a party may amend a "pleading" without leave of court in certain relatively narrow circumstances. Fed. R. Civ. P. 15(a). "In all other cases, a party may amend its pleadings only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Nonetheless, amendments may be denied on the basis of "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment." *Foman v. Davis*, 371 U.S. 178, 182 (1962). In determining whether to grant a motion to amend, the court must examine the totality of the circumstances and "exercise its informed discretion in constructing a balance of pertinent considerations." *Palmer v. Champion Mortg.*, 465 F.3d 24, 30-31 (1st Cir. 2006).

Here, plaintiff has failed to either move for leave from the Court to amend the complaint, or to file an amended complaint within the time period set by the federal rules.  Moreover, he has had substantial opportunities to cure any deficiencies in the complaint over a substantial period of time.  The proposed amendment would also significantly prejudice defendant, who has already moved to dismiss the second amended complaint in its entirety.

Accordingly, defendant Gill's motion to strike the proposed amended complaint is GRANTED.

**So Ordered.**

Dated:  April 16, 2024

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court