UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Douglas Rosenberg<br><br>                Plaintiff,<br><br>     v.<br><br>KEITH PATRICK GILL SERVICES, LLC, AND MASSACHUSETTS MUTUAL LIFE INSURANCE, MML INVESTORS CO.<br><br>                Defendants. | . NO 1:23-cv-10441-FDS |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) Plaintiff Douglas Rosenberg gives notice that this action is voluntarily dismissed. Defendant Keith Gill has not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Pro Se

*[signature]*

Douglas Rosenberg

1:23-cv-10441-FDS